FILED

2022 SEP 01 09:00 AM
KING COUNTY
SUPERIOR COURT CLERK
E-FILED
CASE #: 22-2-14076-3 SEA

IN THE SUPERIOR COURT FOR THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF KING

| | |
|---|---|
| MOUNTAIN HI, LLC, a Washington Limited Liability Company, on behalf of itself and all others similarly situated, | NO. |
| Plaintiff, | **CLASS ACTION COMPLAINT** |
| vs. | |
| LINDE GAS & EQUIPMENT INC. d/b/a PRAXAIR DISTRIBUTION, INC., a Delaware corporation | |
| Defendant. | |

Plaintiff Mountain Hi, LLC ("Plaintiff" or "Mountain Hi"), on behalf of itself and all others similarly situated, alleges the following against Defendant Linde Gas Equipment Inc. d/b/a Praxair Distribution, Inc. ("Linde" or "Defendant"). Plaintiff's allegations are based upon personal knowledge as to its own acts and experiences in this matter, the investigation of counsel, and upon information and belief as to all other matters.

## I. INTRODUCTION

1.     This action challenges Defendant's unfair and deceptive business practices in relation to the sale of butane gas that contained impermissibly high amounts of benzene, a harmful chemical used as a starting material in the butane gas Defendant supplies. Defendant supplies butane gas to Plaintiff and other businesses that use the gas in the processing of cannabis.

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1    2.    Plaintiff, on behalf of itself and the Class set forth below, seeks to recover

2  damages and obtain injunctive relief under the Washington Consumer Protection Act (CPA) and

3  Washington Products Liability Act (WPLA) to remedy Defendant's unfair and deceptive business

4  practices and violations of law.

5                    **II.  JURISDICTION AND VENUE**

6    3.    Defendant is within the jurisdiction of this Court. Defendant is registered to do

7  business and does conduct business in Washington State by supplying private entities with

8  specialty gases, including butane, in Washington. Defendant has obtained the benefits of the

9  laws of Washington and is subject to the jurisdiction of this Court.

10    4.    Venue is proper in King County. Defendant transacts business in King County and

11  therefore resides in King County. RCW 4.12.020(3); RCW 4.12.025(1) & (3).

12                        **III.  PARTIES**

13    5.    Plaintiff Mountain Hi, LLC is a producer and processor of cannabis products that

14  operates as a Washington corporation with its principal place of business at 19417 63rd Avenue

15  NE, Arlington, Washington.

16    6.    Defendant. Linde Gas & Equipment Inc. d/b/a Praxair Distribution, Inc is a

17  Delaware corporation with its headquarters in Danbury, Connecticut and in doing business in

18  King County, Washington. Linde is a one of the world's largest distributors of welding,

19  industrial, medical, and specialty gas companies.

20                  **IV.  SERVICE ON ATTORNEY GENERAL**

21    7.    Counsel for Plaintiff have caused a copy of this initial pleading to be served on

22  the Attorney General of Washington in accordance with RCW 19.86.095

23                     **V.  FACTUAL ALLEGATIONS**

24  **Product Supply Agreement**

25    8.    Defendant sold instrument-grade butane gas to Plaintiff.

26    9.    Defendant had previously sold other products to Plaintiff.

27

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1       10.     Defendant was knowledgeable about Plaintiff's business and the requirements

2  of its cannabis processing.

3       11.     Defendant was knowledgeable about Plaintiff's cannabis products and that they

4  would be distributed and sold to consumers in the State of Washington.

5       12.     Upon information and belief, Defendant sells instrument-grade butane gas to

6  other companies and business entities in the State of Washington.

7       13.     Upon information and belief, Defendant purchases butane gas from unknown

8  suppliers or manufacturers that operate in the stream of commerce.

9       14.     Defendant then brands and markets the butane gas it sells under the trade or

10 brand name Praxair.

11      15.     Plaintiff uses butane gas as part of the processing of cannabis to create products

12 that it distributes and sells in the stream of commerce to citizens of the State of Washington.

13      16.     Plaintiff uses butane gas as a solvent to process cannabis products designed for

14 recreational use.

15      17.     Benzene is a starting chemical that is used in the supply, distribution, and

16 manufacture of Defendant's butane gas.

17      18.     Benzene is a known carcinogen that has recently appeared in recalls of aerosols

18 nationwide and discovered in numerous cannabis products in Washington.

19 **Product Testing**

20      19.     The State of Washington mandates that Plaintiff test samples of all its cannabis

21 products before they are distributed and sold to consumers in the marketplace. WAC 314-55-

22 109.

23      20.     Washington regulations state that cannabis products such as those distributed

24 and sold by Mountain Hi contain less than 2 ppm of benzene. WAC 314-55-109(4)(b)(iv)

25      21.     Washington regulations required Plaintiff to submit samples of all its cannabis

26 products to a testing company before those products are distributed and sold to consumers.

27

CLASS ACTION COMPLAINT - 3

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

WAC 314-55-102 *et seq.*

22.     In August and September 2021, Plaintiff had a contract with Confidence Analytics to perform the required products testing. Confidence Analytics is certified cannabis analytics and research company located in Redmond, Washington.

23.     Generally, once butane gas is used in the processing of cannabis, it takes 2-6 weeks for the resulting product to be ready to submit to Confidence Analytics for testing.

24.     Once the sample is received for testing, Confidence Analytics generally takes 2-3 business days to provide results to Plaintiff.

25.     Confidence Analytics tests for the presence of chemicals and residual solvents in the cannabis products to make sure the products meet the State of Washington standards for acceptable amounts of the chemicals and residual solvents.

26.     Benzine is one of the chemicals tested for by Confidence Analytics.

**Defendant's Deliveries of Butane Gas**

27.     Defendant delivered butane gas to Plaintiff starting on or about June 30, 2021.

28.     On June 30, 2021, Defendant delivered two 80-gallon tanks of butane gas to Plaintiff's facility located in Arlington, WA.

29.     Defendant made subsequent deliveries of butane gas to Plaintiff on the following dates: July 6, 2021 (5 tanks); July 15, 2021 (9 tanks); August 2, 2021 (6 tanks); August 11, 2021 (10 tanks); August 25 (3 tanks); and September 1, 2021 (8 tanks).

30.     Plaintiff used the butane gas delivered by Defendant in its processing of cannabis.

31.     Defendant's delivery of butane gas on August 11, 2021, was used by Plaintiff in the processing of cannabis over the subsequent 2-3 weeks.

**Testing of Plaintiff's Cannabis Products**

32.     As required by Washington law, Plaintiff submitted samples of all of the cannabis products it processes to its outside third-party independent testing agency,

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1 Confidence Analytics.

2      33.     Beginning on August 30, 2021, Confidence Analytics received from Plaintiff

3 numerous different cannabis products for testing.

4      34.     Confidence Analytics performed its customary and normal testing procedure and

5 protocol on the products on August 30, 2021, and on all subsequent testing dates.

6      35.     Beginning on September 1, 2021, Confidence Analytics testing revealed the

7 existence of higher than acceptable concentrations of the hazardous chemical benzene in the

8 cannabis products. (See attached Exhibit A, Confidence Analytics Certificates of Analysis).

9      36.     As an example, Plaintiff submitted a sample of the Paradise Circus cannabis

10 product to Confidence Analytics on August 30, 2021.

11      37.     Confidence analytics tested the Paradise Circus sample on September 1, 2021.

12 This test found the presence of benzene at 4.7 ppm, which exceeded the required acceptable

13 amount of 2ppm.

14      38.     Confidence Analytics' initial test results did not identify the source of the

15 excessive levels of hazardous benzene.

16      39.     After receiving these test results from Confidence Analytics on and after

17 September 1, 2021, Plaintiff did not know that cause of the higher than acceptable

18 concentrations of benzene in the cannabis products.

19      40.     After receiving these initial test results from Confidence Analytics, Plaintiff

20 decided to confirm the accuracy of the results by submitting samples of the cannabis products

21 to a separate outside third-party independent testing agency, Testing Technologies, Inc.,

22 located in Poulsbo, WA.

23      41.     On September 10, 2021, Plaintiff initially sent a sample of the cannabis product

24 Triple Chocolate Chip to Testing Technologies, Inc. (See attached Exhibit B).

25      42.     Testing Technologies conducted testing on the Triple Chocolate Chip product

26 that showed 3.1 ppm of benzene, which exceeded the acceptable limit of 2.0 ppm.

27

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1  43.  Subsequently, Plaintiff sent an additional 18 cannabis products to Testing
2  Technologies for product testing.

3  44.  All 19 of the Testing Technologies' test results showed excessive amounts of
4  benzene in the cannabis products.  (See attached Exhibit C).

5  45.  Additionally, after receiving these initial test results from Confidence Analytics,
6  Plaintiff submitted specific samples of Defendant's butane gas to Confidence Analytics for
7  testing.

8  46.  Confidence Analytics received the sample of Defendant's butane gas on
9  September 16, 2021, and performed testing the same day.

10  47.  Confidence Analytics' testing of Defendant's butane gas on September 16, 2021
11  found benzene at a concentration of 130 ppm.  (See attached Exhibit D).

12  48.  The September 16 test result showing 130 ppm of benzene in Defendant's
13  butane gas greatly exceeded the acceptable concentration of instrument-grade butane gas.

14  49.  Thus, Plaintiff learned for the first time on September 16, 2021, that Defendant's
15  butane gas contained higher than acceptable levels of benzene.

16  **Defendant's Contaminated Butane Gas**

17  50.  Defendant's delivery of instrument-grade butane gas to Plaintiff beginning on
18  August 11, 2021, and continuing up to and including September 1, 2021, contained higher than
19  acceptable levels of benzene, a known cancer-causing chemical product.

20  51.  In August 2021 and previously, Defendant was cleaning its butane gas tanks on a
21  quarterly basis.

22  52.  Defendant's standard operating procedure called for Defendant to only clean its
23  butane gas tanks on a quarterly basis.

24  53.  The failure to properly clean its butane gas tanks more frequently than quarterly
25  contributed, in part, to cause the excessive accumulation of benzene in Defendant's butane gas
26  supplied to Plaintiff and Class members.

27

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1    54.    As a direct result of Defendant's supplying defective butane gas with excessively

2   high amounts of benzene, Plaintiff processed cannabis products with benzene that exceeded

3   the amounts permitted by Washington law.

4    55.    As a direct result of Defendant's failure to disclose the hazardous and toxic levels

5   of benzene in its butane gas, Plaintiff unknowingly processed cannabis products with higher

6   than acceptable levels of benzene in the State of Washington.

7    56.    As a direct result of Defendant's defective butane gas that was contaminated

8   with benzene, and Defendant's failure to disclose the hazardous and toxic levels of benzene in

9   its butane gas, Plaintiff was forced to notify its producers of the hazard and provide refunds and

10   other compensation to its producers.

11    57.    As a result of these practices, scores if not hundreds of cannabis processing

12   businesses in Washington have been harmed by the Defendant's sale of butane gas

13   contaminated with higher than acceptable amounts of the harmful and hazardous chemical

14   benzene.

15                           **VI.  CLASS ALLEGATIONS**

16    58.    <u>Class Definition</u>. Pursuant to Washington Superior Court Rule of Civil Procedure

17   23, Plaintiff brings this lawsuit as a class action on behalf of the following Class:

18
19           All cannabis businesses operating in Washington that at any time
             since August 31, 2018, received benzene-tainted butane gas from
20           Defendant and, after using that gas in the processing of cannabis,
             had products that contained benzene at greater than two parts
21           per million.

22   Excluded from the proposed Class are Defendants; any affiliate, parent, or subsidiary of either

23   Defendant; any entity in which a Defendant has a controlling interest; any officer, director, or

24   employee of Defendants; any successor or assign of either Defendant; anyone employed by

25   counsel in this action; and any judge to whom this case is assigned, his or her spouse, or

26   members of the judge's staff.

27

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1      59.    _Numerosity_. The Class is so numerous that joinder of all members of the Class is

2    impracticable. Upon information and belief, there are more than scores if not hundreds of

3    cannabis processing businesses that were supplied Defendant's contaminated butane gas.

4      60.    _Commonality_. There exist questions of law and fact common to Plaintiff and the

5    proposed Class, including but not limited to:

6         a.    Whether Defendant has supplied butane gas with excessive and

7              hazardous amounts of benzene;

8         b.    Whether Defendant has failed to disclose the hazardous and toxic levels

9              of benzene in its butane gas,

10        c.    Whether Defendant's acts practices are unfair under the CPA;

11        d.    Whether Defendant's acts practices are deceptive under the CPA;

12        e.    Whether Defendant's unfair or deceptive acts or practices occur in trade

13             or commerce;

14        f.    Whether Defendant's unfair or deceptive acts or practices affect the

15             public interest;

16        g.    Whether Defendants unfair or deceptive acts or practices caused injury

17             to the business or property of Plaintiff and Class members;

18        h.    Whether Defendant supplied a defective product in violation of the

19             WPLA;

20        i.    The nature and extent of Class-wide injury and the measure of

21             compensation for such injury; and

22        j.    The nature and extent of appropriate injunctive relief.

23      61.    _Typicality_.  Plaintiff's claims are typical of the claims of the Class. They arise out

24    of the same common course of conduct by Defendant and are based on the same legal and

25    remedial theories. Class members were all unlawfully supplied with hazardous butane gas that

26    contained excessive amounts of benzene.

27

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1  62. <u>Adequacy of Representation</u>.  Plaintiff is an appropriate representative party for

2 the Class and will fairly and adequately protect the interests of the Class. Plaintiff understands

3 and is willing to undertake the responsibilities of acting in a representative capacity on behalf of

4 the proposed Class and has no interests that directly conflict with interests of the Class. Plaintiff

5 has retained competent and capable attorneys who are experienced trial lawyers with

6 significant experience in complex and class action litigation, including consumer class actions.

7 Plaintiff and his counsel are committed to prosecuting this action vigorously on behalf of the

8 Class and have the financial resources to do so.

9  63. <u>Predominance</u>.  Defendant has engaged in a practice of supplying hazardous

10 butane gas that contains excessive amounts of the harmful chemical butane. Defendant has

11 also engaged in a practice of failing to disclose the hazardous and toxic levels of benzene in its

12 butane gas. These practices have similarly impacted all members of the Class. Because

13 Defendant's liability hinges on the legality of these practices, the common issues arising from

14 this conduct predominate over any individual issues. Adjudication of these common issues in a

15 single action has important and desirable advantages of judicial economy.

16  64. <u>Superiority</u>.  Plaintiff and members of the Class have suffered harm and damages

17 as a result of Defendant's unlawful and wrongful conduct. Absent a class action, however, most

18 Class members likely would find the cost of litigating their claims prohibitive because the

19 monetary value of each Class member's damaged cannabis products is low relative to the cost

20 of litigation. Class treatment is superior to multiple individual suits or piecemeal litigation

21 because it conserves judicial resources, promotes consistency and efficiency of adjudication,

22 provides a forum for small claimants, and deters illegal activities. There will be no significant

23 difficulty in the management of this case as a class action.

24  65. <u>Injunctive Relief</u>.  Defendant's conduct is uniform toward all members of the

25 Class. Defendant has acted or refused to act on grounds that apply generally to the Class, so

26

27

CLASS ACTION COMPLAINT - 9

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1  that final injunctive relief or declaratory relief is appropriate with respect to the Class as a
2  whole.

### VII.  CAUSES OF ACTION
#### FIRST CAUSE OF ACTION
**VIOLATION OF THE WASHINGTON CONSUMER PROTECTION ACT, RCW 19.86 ET
SEQ.—UNFAIR BUSINESS PRACTICES**

6        66.      Plaintiff re-alleges and incorporates the preceding paragraphs as if fully set forth
7  herein.

8        67.      Plaintiff and Class members are "persons" within the meaning of the Washington
9  Consumer Protection Act, RCW 19.86.010(1).

10       68.      Defendant is a "person" within the meaning of the Washington Consumer
11  Protection Act, RCW 19.86.010(1).

12       69.      Defendant conducts "trade" and "commerce" within the meaning of the
13  Washington Consumer Protection Act, RCW 19.86.010(2).

14       70.      The conduct described above and throughout this complaint is unfair within the
15  meaning of the Washington Consumer Protection Act, RCW 19.86.010, et seq.

16       71.      Washington law requires that any cannabis sample and corresponding product
17  from which the sample was deducted fails quality assurance testing if the amount of benzene in
18  the product exceeds 2 ppm. WAC 314-55-109(4)(b)(iv).

19       72.      Defendant has engaged in unfair acts or practices in the conduct of its business
20  by engaging in a pattern or practice of supplying butane gas that is contaminated with benzene
21  that exceeds the acceptable amount under Washington law.

22       73.      Defendant has further engaged in unfair acts or practices by failing to disclose to
23  Plaintiff and Class members that Defendant's butane gas is contaminated with benzene that
24  exceeds the acceptable amount permitted under Washington law.

25       74.      Defendant's common course of conduct is unfair because Defendant's acts or
26  practices: (1) have caused substantial financial injury to Plaintiff and Class members; (2) are not

27

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1   outweighed by any countervailing benefits to consumers or competitors; and (3) are not

2   reasonably avoidable by consumers.

3        75.    Defendant's common course of selling butane gas with excessive and hazardous

4   levels of the harmful chemical benzene is illegal, immoral, unethical, and unscrupulous.

5        76.    Defendant's unfair acts or practices impact the public interest because they have

6   injured Plaintiff and scores if not hundreds of other cannabis businesses operating in

7   Washington and have the capacity to injure more.

8        77.    As a direct and proximate result of Defendants' unfair acts or practices, Plaintiff

9   and Class members suffered injury in fact to their business or property.

10       78.    Plaintiff and Class members are therefore entitled to legal relief against

11  Defendants, including recovery of actual damages, treble damages, attorneys' fees, costs of

12  suit, and such further relief as the Court may deem proper.

13       79.    Plaintiff and Class members are also entitled to injunctive relief in the form of an

14  order prohibiting Defendant from engaging in the alleged misconduct and such other equitable

15  relief as the Court deems appropriate.

16                              **SECOND CAUSE OF ACTION**
                **VIOLATION OF THE WASHINGTON CONSUMER PROTECTION ACT, RCW 19.86**
17                       **ET SEQ.—DECEPTIVE BUSINESS PRACTICES**

18       80.    Plaintiff re-alleges and incorporates the preceding paragraphs as if fully set forth

19  herein.

20       81.    Plaintiff and Class members are "persons" within the meaning of the Washington

21  Consumer Protection Act, RCW 19.86.010(1).

22       82.    Defendants are "persons" within the meaning of the Washington Consumer

23  Protection Act, RCW 19.86.010(1).

24       83.    Defendants conduct "trade" and "commerce" within the meaning of the

25  Washington Consumer Protection Act, RCW 19.86.010(2).

26

27

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1    84.    The conduct described above and throughout this complaint is deceptive within

2  the meaning of the Washington Consumer Protection Act, RCW 19.86.010, et seq.

3    85.    Washington law provides that any cannabis sample and corresponding product

4  from which the sample was deducted will fail quality assurance testing if the amount of

5  benzene in the product exceeds 2 ppm. WAC 314-55-109(4)(b)(iv).

6    86.    Defendant has engaged in deceptive acts or practices in the conduct of its

7  business by supplying defective butane gas for the purposes of manufacturing cannabis

8  products that contains excessive amounts of benzene.

9    87.    Defendant has further engaged in deceptive acts or practices by failing to

10  disclose to Plaintiff and Class members that Defendant's butane gas is contaminated with

11  benzene that exceeds the acceptable amount permitted under Washington law.

12    88.    Defendant's common course of conduct is deceptive because Defendants' acts

13  or practices are capable of deceiving a substantial portion of the public.

14    89.    Defendant's deceptive acts or practices impact the public interest because they

15  have injured Plaintiff and scores if not hundreds of cannabis businesses operating in

16  Washington and have the capacity to injure more, as Defendant continues to supply defective

17  butane gas to cannabis businesses that contains excessive amounts of benzene.

18    90.    As a direct and proximate result of Defendants' deceptive acts or practices,

19  Plaintiff and Class members suffered injury in fact to their business or property.

20    91.    Plaintiff and Class members are therefore entitled to legal relief against

21  Defendant, including recovery of actual damages, treble damages, attorneys' fees, costs of suit,

22  and such further relief as the Court may deem proper.

23    92.    Plaintiff and Class members are also entitled to injunctive relief in the form of an

24  order prohibiting Defendants from engaging in the alleged misconduct and such other equitable

25  relief as the Court deems appropriate.

26

27

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1

**THIRD CAUSE OF ACTION**

2

**VIOLATION OF THE WASHINGTON PRODUCTS LIABILITY ACT, RCW 7.72 ET SEQ**

3    93.    Plaintiff re-alleges and incorporates the preceding paragraphs as if fully set forth

4    herein.

5    94.    Defendant is a "product seller" as defined by RCW 7.72.010(1).

6    95.    Defendant was negligent as it failed to properly clean the tanks that it used to

7    supply butane gas to Plaintiff and other Class Members.

8    96.    Defendant's failure to properly clean the butane gas tanks it used caused

9    benzene to contaminate the butane gas and lead to excessively high amounts of benzene in the

10    butane gas supplied by Defendant.

11    97.    Defendant is liable as the product seller as the product was marketed under a

12    trade name or brand name of the product seller in violation of RCW 7.72.040(2)(e).

13    98.    Defendant marketed the butane gas under the trade name or brand name of

14    Praxair.

15    99.    Defendant is liable for defects in the construction of the product as the product

16    (1) was not reasonably safe when it left Defendant's control; (2) the product deviated in its

17    design specifications as it contained an excessive amounts of an undisclosed known carcinogen

18    chemical; and (3) the presence of the chemical was a deviation from the required instrument-

19    grade butane gas in violation of RCW 7.72.030(2).

20    100.    Defendant's butane gas contained benzene when it left the Defendant's control,

21    which was not a reasonably safe condition.

22    101.    Defendant's butane gas delivered to Plaintiff contained significantly higher

23    concentrations of benzene, a known carcinogen, that was permitted under Washington law.

24    102.    Defendant's delivery of butane gas did not meet instrument-grade requirements

25    for the amount of benzene in the gas.

26

27

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1    103.    Defendant's violations of the WPLA were the proximate cause of damage to

2    cannabis that Plaintiff and other Class Members processed using the contaminated butane gas.

3    104.    Plaintiff and Class Members are entitled to relief including recovery of actual

4    damages, treble damages, attorneys' fees, costs of suit, and such further relief as the Court may

5    deem proper.

6                              **VII.    PRAYER FOR RELIEF**

7    WHEREFORE, Plaintiff prays that the proposed Class be certified under Washington Civil

8    Rule 23 and judgment be entered against Defendant:

9    A.    For injunctive and declaratory relief:

10    1.    Declaring Defendant's unfair and deceptive acts and practices described

11    in this complaint to be unlawful, and

12    2.    Prohibiting Defendant from selling defective butane gas that is

13    contaminated with the chemical benzene;

14    B.    For an award to Plaintiff and Class members of actual damages;

15    C.    For an award to Plaintiff and Class members of exemplary damages;

16    D.    For an award to Plaintiff's counsel of costs and attorneys' fees; and

17    E.    For such other and further relief as may be just and equitable.

18    RESPECTFULLY SUBMITTED AND DATED this 31st day of August, 2022.

19
                                    TERRELL MARSHALL LAW GROUP PLLC
20
                                    By: /s/ Toby J. Marshall, WSBA #32726
21                                       Toby J. Marshall, WSBA #32726
                                         Email:  tmarshall@terrellmarshall.com
22                                       Elizabeth A. Adams, WSBA #49715
                                         Email: eadams@terrellmarshall.com
23                                       936 North 34th Street, Suite 300
                                         Seattle, Washington 98103-8869
24                                       Telephone: (206) 816-6603
                                         Facsimile: (206) 319-5450
25
26
                                    *Attorneys for Plaintiff and the Proposed Class*
27

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

- Exhibit A -



# Confidence Analytics

**Cannabis Analytics and Research Specialists**

WSLCB License # 0003 | 14797 NE 95th St, Redmond, WA 98052 | (206) 743-8843 | info@conflabs.com
Certified For: Cannabinoids | Microbiologicals | Mycotoxins | Foreign Matter | Moisture | Terpenes | Residual Solvents | Pesticides

## I-502 Certificate of Analysis

### Official Test Results for Laboratory Sample # 8090233

| | | |
|---|---|---|
| **Origination:** Mountain Hi | **UBI #:** 601410496 | **Inventory #:** WAJ412446.IN1047GV |
| **Strain:** Cake Batter | **License #:** 412446 | **QA #:** WAL3.IN10LSSZ |
| **Type:** BHO | **Harvest Date:** Unknown | |
| **Address:** 19417 63rd Ave Ne | **Date of Receipt:** 2021-09-02 | **Approved By:** N. Mosely, CEO |
| Arlington, WA 98223 | **Date of Testing:** 2021-09-04 | S. Stevens, LDR |



### PASS/FAIL

Foreign Matter+Seeds **PASS**
Mycotoxins **PASS**
Pesticides NE
Residual Solvents *FAIL*

### Shelf Stability

Loss-On-Drying NE
Water Activity: NE

### Chemical Profile (units in percent by weight)

| THC max | CBD max | |
|---|---|---|
| 72 raw sum: 82 | 0.13 raw sum: 0.15 | |
| **THCA** 75 | **d9-THC** 6.6 | |
| **CBDA** 0.15 | **CBD** ND | |
| **CBGA** 1.5 | **CBG** 0.25 | |
| **CBC** 0.099 | **CBN** 0.015 | |
| **THCVA** 0.45 | **THCV** ND | |
| **CBDVA** ND | **CBDV** ND | |
| **CBT** ND | **d8-THC** ND | **Terp total:** |
| **Total Cannabinoids (raw sum): 84** | | |

Chemical profile bar chart showing values: d9-THC 72, CBD .13, CBG .099, CBC, CBN .015, THCV .39, d8-THC, CBDV, CBT

### Terpene Fingerprint (units in percent by weight)

TERPENES NOT EXAMINED

These testing results are certified by scientific examination of a single sample provided by the Producer/Processor. Confidence Analytics and its agents did not observe or participate in the sample selection process, and cannot confirm the authenticity of the sample or its representativeness of the associated lot/batch. The sample, as received, was homogenized before subsamples were drawn for specific analyses. This report is supplemental to any other reports with the same analytic sample number. Pass/Fail criteria are defined in WAC 314-55-102.

THCmax (a.k.a. Total THC) = d9-THC + ( THC-A * 0.877 )
CBDmax (a.k.a. Total CBD) = CBD + ( CBD-A * 0.877 )
Total Cannabinoid is a raw sum of all measured cannabinoids
In Traceability, Total Cannabinoid is a sum of THCmax and CBDmax
Figures may differ slightly from traceability due to rounding

ND = Not Detected
NE = Not Examined
Unk = Unknown

Analytical Methods Used
Cannabinoids: HPLC-UV
Microbial: Plate Counting
Terpenes: HS-GC-FID
Solvents: HS-GC-MS

Trace Residue: UHPLC-MSMS
Water Activity: HYGROMER®

**Page 1 of 2**






# Confidence Analytics
## Cannabis Analytics and Research Specialists
WSLCB License # 0003 | 14797 NE 95th St, Redmond, WA 98052 | (206) 743-8843 | info@conflabs.com
Certified For: Cannabinoids | Mycologicals | Mycotoxins | Foreign Matter | Moisture | Terpenes | Residual Solvents | Pesticides

## I-502 Certificate of Analysis

## Official Test Results for Laboratory Sample # 8090233

| | | | | | |
|---|---|---|---|---|---|
| **Origination:** | Mountain Hi | **UBI #:** | 601410496 | **Inventory #:** | WAJ412446.IN1047GV |
| **Strain:** | Cake Batter | **License #:** | 412446 | **QA #:** | WAL3.IN10LSSZ |
| **Type:** | BHO | **Harvest Date:** | Unknown | | |
| **Address:** | 19417 63rd Ave Ne | **Date of Receipt:** | 2021-09-02 | **Approved By:** N. Mosely, CEO | |
| | Arlington, WA 98223 | **Date of Testing:** | 2021-09-04 | S. Stevens, LDR | |



## Quantitative Impurities Report

Concentrations of analytes used to determine pass/fail status of individual tests.

* Greater than lower limit of detection (>LLOD) and less than lower limit of quantification (<LLOQ) . Applies to instances when the analyte has been detected and positively identified, but the concentration is lower than we can accurately quantify. Literally: signal to noise ratio greater than 3 and signal less than calibration. LLOD is ~0.001 ppm for most analytes, LLOQ is ~0.01 for most analytes. Number shown is lower end of calibration (LLOQ).

** Greater than upper limit of quantification (>ULOQ). Applies to instances when the analyte concentration in the sample is greater than we can accurately measure without additional testing. Number shown is upper end of calibration (ULOQ).

## Findings

### ALKANES

| Analyte | Concentration | Action Level |
|---|---|---|
| Hexane | < RL | 290 ppm |
| Cyclohexane | < RL | 3880 ppm |
| Butane | *430 ppm* | 5000 ppm |
| Pentane | < RL | 5000 ppm |
| Heptane | < RL | 5000 ppm |
| Propane | < RL | 5000 ppm |

*Reporting Limit (RL) = 10 ppm*

### ALLOWED INGREDIENTS

| Analyte | Concentration |
|---|---|
| Ethanol | < RL |

*Reporting Limit (RL) = 500 ppm*

### IMPURITIES

| Analytes | Concentration | Action Level |
|---|---|---|
| Acetone | < RL | 5000 ppm |
| Benzene | *6 ppm* | 2 ppm |
| Chloroform | < RL | 2 ppm |
| Dichloromethane | < RL | 600 ppm |
| Ethyl_Acetate | < RL | 5000 ppm |
| Xylene | < RL | 2170 ppm |
| Isopropanol | < RL | 5000 ppm |
| Methanol | < RL | 3000 ppm |
| Toluene | < RL | 890 ppm |

*Reporting Limit (RL) = Half Action Level*

### MYCOTOXINS

| Analyte | Concentration | Action Level* |
|---|---|---|
| Aflatoxin B1 | < LLOQ | 20 ppb |
| Aflatoxin B2 | < LLOQ | 20 ppb |
| Aflatoxin G1 | < LLOQ | 20 ppb |
| Aflatoxin G2 | < LLOQ | 20 ppb |
| Ochratoxin A | < LLOQ | 20 ppb |

*Action Level is Sum of Aflatoxins*

MICROBIOLOGICALS NOT EXAMINED

These testing results are certified by scientific examination of a single sample provided by the Producer/Processor. Confidence Analytics and its agents did not observe or participate in the sample selection process, and cannot confirm the authenticity of the sample or its representativeness of the associated lot/batch. The sample, as received, was homogenized before subsamples were drawn for specific analyses. This report is supplemental to any other reports with the same analytic sample number.

THCmax (a.k.a. Total THC) = d9-THC + ( THC-A * 0.877 )
CBDmax (a.k.a. Total CBD) = CBD + ( CBDA * 0.877 )
Total Cannabinoid is a raw sum of all measured cannabinoids
In Traceability, Total Cannabinoid is a sum of THCmax and CBDmax
Figures may differ slightly from traceability due to rounding

ND = Not Detected
NE = Not Examined
Unk = Unknown

Analytical Methods Used
Cannabinoids: HPLC-UV
Microbial: Plate Counting
Terpenes: HS-GC-FID
Solvents: HS-GC-MS

Trace Residue: UHPLC-MSMS
Water Activity: HYGROMER®

 



# Confidence Analytics
## Cannabis Analytics and Research Specialists
WSLCB License # 0003 | 14797 NE 95th St, Redmond, WA 98052 | (206) 743-8843 | info@conflabs.com
Certified For: Cannabinoids | Microbiologicals | Mycotoxins | Foreign Matter | Moisture | Terpenes | Residual Solvents | Pesticides
### I-502 Certificate of Analysis

## Official Test Results for Laboratory Sample # 8082920

| | | | | |
|---|---|---|---|---|
| **Origi3atio3n** | Mountain Hi | **: UB#n** 601410496 | **B3Ie3tory #n** WAJ412446.IN10977W | |
| **Strai3n** | Candy Store 1 | **Lice3se #n** 412446 | **v Q #n** WAL3.IN10HNXG | |
| **Typen** | BHO | **AarIest Haten** Unknown | | |
| **QDDressn** | 19417 63rd Ave Ne | **Hate of Receiptn** 2021-08-30 | **QpproI eD Uyn** N. Mosely, CEO | |
| | Arlington, WA 98223 | **Hate of Testi3gn** 2021-09-01 | S. Stevens, LDR | |



### PQSSd QBL

| | |
|---|---|
| **/ oreig3 F atterMSeeDs** | *PQSS* |
| **F ycoto+i3s** | *PQSS* |
| **PesticiDes** | NE |
| **ResiDual SolIe3ts /** | *QBL* |

### SCelf Stability

| | |
|---|---|
| **LossN03NHryi3g** | NE |
| **Water QctiIityn** | NE |

### x Cemical Profile (units in percent by weight)

| TAx ma+ h7 raw sumn9. | x UH ma+ 05l. raw sumn05l- | | |
|---|---|---|---|
| **TAxQ** 91 | **D6NTAx** 1B | | |
| **x UHQ** 05l- | **x UH** GH | | |
| **x UVQ** - 57 | **x UV** 05lh | | |
| **x Ux** GH | **x UG** GH | | |
| **TAx4Q** 05 9 | **TAx 4** GH | | |
| **x UH4Q** GH | **x UH4** GH | | |
| **x UT** 05l12 | **D8NTAx** GH | **Terp totaln** |
| **Total xa33abi3oiDs (raw sumn)n96** | | | |



Graph (units in percent by weight):
- d9-THC: 64
- CBD: .13
- CBG: 5
- CBC
- CBN
- THCV: .32
- d8-THC
- CBDV
- CBT

## Terpe3e / i3gerpri3t (units in percent by weight)

TERPENES NOT EXAMINED

These testing results are certified by scientific examination of a single sample provided by the Producer/Processor. Confidence Analytics and its agents did not observe or participate in the sample selection process, and cannot confirm the authenticity of the sample or its representativeness of the associated lot/batch. The sample, as received, was homogenized before subsamples were drawn for specific analyses. This report is supplemental to any other reports with the same analytic sample number. Pass/Fail criteria are defined in WAC 314-55-102.

THCmax (a.k.a. Total THC) = d9-THC + ( THC-A * 0.877 )
CBDmax (a.k.a. Total CBD) = CBD + ( CBD-A * 0.877 )
Total Cannabinoid is a raw sum of all measured cannabinoids
In Traceability, Total Cannabinoid is a sum of THCmax and CBDmax
Figures may differ slightly from traceability due to rounding

ND = Not Detected
NE = Not Examined
Unk = Unknown

Analytical Methods Used
Cannabinoids: HPLC-UV
Microbial: Plate Counting
Terpenes: HS-GC-FID
Solvents: HS-GC-MS

Trace Residue: UHPLC-MSMS
Water Activity: HYGROMER®
**Page 1 of 2**



# Confidence Analytics

**Cannabis Analytics and Research Specialists**

WSLCB License # 0003 | 14797 NE 95th St, Redmond, WA 98052 | (206) 743-8843 | info@conflabs.com
Certified For: Cannabinoids | Mycotoxins | Foreign Matter | Moisture | Terpenes | Residual Solvents | Pesticides

## I-502 Certificate of Analysis

| | | | | |
|---|---|---|---|---|
| **Origi3atio3n** | Mountain Hi | : **UB#n** 601410496 | **B3Ie3tory #n** WAJ412446.IN10977W | |
| **Strai3n** | Candy Store 1 | **Lice3se #n** 412446 | **v Q #n** WAL3.IN10HNXG | |
| **Typen** BHO | | **AarIest Haten** Unknown | |  |
| **QDDressn** | 19417 63rd Ave Ne | **Hate of Receiptn** 2021-08-30 | **QpproIeD Uyn** N. Mosely, CEO | |
| | Arlington, WA 98223 | **Hate of Testi3gn** 2021-09-01 | S. Stevens, LDR | |

### v ua3titatiIe Bmpurities Report

Concentrations of analytes used to determine pass/fail status of individual tests.

\* Greater than lower limit of detection (>LLOD) and less than lower limit of quantification (<LLOQ) . Applies to instances when the analyte has been detected and positively identified, but the concentration is lower than we can accurately quantify. Literally: signal to noise ratio greater than 3 and signal less than calibration. LLOD is ~0.001 ppm for most analytes, LLOQ is ~0.01 for most analytes. Number shown is lower end of calibration (LLOQ).

\*\* Greater than upper limit of quantification (>ULOQ). Applies to instances when the analyte concentration in the sample is greater than we can accurately measure without additional testing. Number shown is upper end of calibration (ULOQ).

### / i3Di3gs

#### QLKQGES

| Q3alyte | xo3ce3tratio3 | Qctio3 LeIeI |
|---|---|---|
| Hexane | *1. ppm* | 290 ppm |
| Cyclohexane | *19 ppm* | 3880 ppm |
| Butane | *- 70 ppm* | 5000 ppm |
| Pentane | *2- ppm* | 5000 ppm |
| Heptane | < RL | 5000 ppm |
| Propane | < RL | 5000 ppm |

*Reporting Limit (RL) = 10 ppm*

#### QLLOWEH BGVREHEGTS

| Q3alyte | xo3ce3tratio3 |
|---|---|
| Ethanol | < RL |

*Reporting Limit (RL) = 500 ppm*

#### F Yx OTOXIGS

| Q3alyte | xo3ce3tratio3 | Qctio3 LeIeI* |
|---|---|---|
| Aflatoxin B1 | < LLOQ | 20 ppb |
| Aflatoxin B2 | < LLOQ | 20 ppb |
| Aflatoxin G1 | < LLOQ | 20 ppb |
| Aflatoxin G2 | < LLOQ | 20 ppb |
| Ochratoxin A | < LLOQ | 20 ppb |

*Action Level is Sum of Aflatoxins*

#### BFP: RBTIES

| Q3alytes | xo3ce3tratio3 | Qctio3 LeIeI |
|---|---|---|
| Acetone | < RL | 5000 ppm |
| Benzene | *8T8 ppm* | 2 ppm |
| Chloroform | < RL | 2 ppm |
| Dichloromethane | < RL | 600 ppm |
| Ethyl_Acetate | < RL | 5000 ppm |
| Xylene | < RL | 2170 ppm |
| Isopropanol | < RL | 5000 ppm |
| Methanol | < RL | 3000 ppm |
| Toluene | < RL | 890 ppm |

*Reporting Limit (RL) = Half Action Level*

MICROBIOLOGICALS NOT EXAMINED

These testing results are certified by scientific examination of a single sample provided by the Producer/Processor. Confidence Analytics and its agents did not observe or participate in the sample selection process, and cannot confirm the authenticity of the sample or its representativeness of the associated lot/batch. The sample, as received, was homogenized before subsamples were drawn for specific analyses. This report is supplemental to any other reports with the same analytic sample number.

THCmax (a.k.a. Total THC) = d9-THC + ( THC-A * 0.877 )
CBDmax (a.k.a. Total CBD) = CBD + ( CBDA * 0.877 )
Total Cannabinoid is a raw sum of all measured cannabinoids
In Traceability, Total Cannabinoid is a sum of THCmax and CBDmax
Figures may differ slightly from traceability due to rounding

ND = Not Detected
NE = Not Examined
Unk = Unknown

Analytical Methods Used
Cannabinoids: HPLC-UV
Microbial: Plate Counting
Terpenes: HS-GC-FID
Solvents: HS-GC-MS

Trace Residue: UHPLC-MSMS
Water Activity:
HYGROMETER®

 



# Confidence Analytics
## Cannabis Analytics and Research Specialists

WSLCB License # 0003 | 14797 NE 95th St, Redmond, WA 98052 | (206) 743-8843 | info@conflabs.com
Certified For: Cannabinoids | Microbiologicals | Mycotoxins | Foreign Matter | Moisture | Terpenes | Residual Solvents | Pesticides

## I-502 Certificate of Analysis



## Official Test Results for Laboratory Sample # 8090236

| | | |
|---|---|---|
| **Origination:** Mountain Hi | **UBI #:** 601410496 | **Inventory #:** WAJ412446.IN106YCV |
| **Strain:** Cherry Pie | **License #:** 412446 | **QA #:** WAL3.IN10LST0 |
| **Type:** BHO | **Harvest Date:** Unknown | |
| **Address:** 19417 63rd Ave Ne | **Date of Receipt:** 2021-09-02 | **Approved By:** N. Mosely, CEO |
| Arlington, WA 98223 | **Date of Testing:** 2021-09-04 | S. Stevens, LDR |

### PASS/FAIL

| | |
|---|---|
| **Foreign Matter+Seeds** | *PASS* |
| **Mycotoxins** | *PASS* |
| **Pesticides** | NE |
| **Residual Solvents** | *FAIL* |

### Shelf Stability

| | |
|---|---|
| **Loss-On-Drying** | NE |
| **Water Activity** | NE |

### Chemical Profile (units in percent by weight)

| THC max | | CBD max | | |
|---|---|---|---|---|
| 72 | | 0.1 | | |
| raw sum: 80 | | raw sum: 0.12 | | |
| THCA | 72 | d9-THC | 8.8 | |
| CBDA | 0.12 | CBD | ND | |
| CBGA | 2 | CBG | 0.28 | |
| CBC | 0.13 | CBN | 0.018 | |
| THCVA | 0.17 | THCV | ND | |
| CBDVA | ND | CBDV | ND | |
| CBT | 0.28 | d8-THC | ND | Terp total: |
| **Total Cannabinoids (raw sum): 83** | | | | |



### Terpene Fingerprint (units in percent by weight)

TERPENES NOT EXAMINED

These testing results are certified by scientific examination of a single sample provided by the Producer/Processor. Confidence Analytics and its agents did not observe or participate in the sample selection process, and cannot confirm the authenticity of the sample or its representativeness of the associated lot/batch. The sample, as received, was homogenized before subsamples were drawn for specific analyses. This report is supplemental to any other reports with the same analytic sample number. Pass/Fail criteria are defined in WAC 314-55-102.

*THCmax (a.k.a. Total THC) = d9-THC + ( THC-A * 0.877 )*
*CBDmax (a.k.a. Total CBD) = CBD + ( CBD-A * 0.877 )*
*Total Cannabinoid is a raw sum of all measured cannabinoids*
*In Traceability, Total Cannabinoid is a sum of THCmax and CBDmax*
*Figures may differ slightly from traceability due to rounding*

ND = Not Detected
NE = Not Examined
Unk = Unknown

*Analytical Methods Used*
Cannabinoids: HPLC-UV
Microbial: Plate Counting
Terpenes: HS-GC-FID
Solvents: HS-GC-MS

Trace Residue: UHPLC-MSMS
Water Activity: HYGROMER®
**Page 1 of 2**






# Confidence Analytics

### Cannabis Analytics and Research Specialists

WSLCB License # 0003 | 14797 NE 95th St, Redmond, WA 98052 | (206) 743-8843 | info@conflabs.com
Certified For: Cannabinoids | Microbiologicals | Mycotoxins | Foreign Matter | Moisture | Terpenes | Residual Solvents | Pesticides

## I-502 Certificate of Analysis

## Official Test Results for Laboratory Sample # 8090236

| | | | |
|---|---|---|---|
| **Origination:** Mountain Hi | **UBI #:** 601410496 | **Inventory #:** WAJ412446.IN106YCV | |
| **Strain:** Cherry Pie | **License #:** 412446 | **QA #:** WAL3.IN10LST0 | |
| **Type:** BHO | **Harvest Date:** Unknown | | |
| **Address:** 19417 63rd Ave Ne | **Date of Receipt:** 2021-09-02 | **Approved By:** N. Mosely, CEO | |
| Arlington, WA 98223 | **Date of Testing:** 2021-09-04 | S. Stevens, LDR | |



## Quantitative Impurities Report

Concentrations of analytes used to determine pass/fail status of individual tests.

\* Greater than lower limit of detection (>LLOD) and less than lower limit of quantification (<LLOQ) . Applies to instances when the analyte has been detected and positively identified, but the concentration is lower than we can accurately quantify. Literally: signal to noise ratio greater than 3 and signal less than calibration. LLOD is ~0.001 ppm for most analytes, LLOQ is ~0.01 for most analytes. Number shown is lower end of calibration (LLOQ).

\*\* Greater than upper limit of quantification (>ULOQ). Applies to instances when the analyte concentration in the sample is greater than we can accurately measure without additional testing. Number shown is upper end of calibration (ULOQ).

## Findings

### ALKANES

| Analyte | Concentration | Action Level |
|---|---|---|
| Hexane | < RL | 290 ppm |
| Cyclohexane | < RL | 3880 ppm |
| Butane | *210 ppm* | 5000 ppm |
| Pentane | < RL | 5000 ppm |
| Heptane | < RL | 5000 ppm |
| Propane | < RL | 5000 ppm |

*Reporting Limit (RL) = 10 ppm*

### ALLOWED INGREDIENTS

| Analyte | Concentration |
|---|---|
| Ethanol | < RL |

*Reporting Limit (RL) = 500 ppm*

### MYCOTOXINS

| Analyte | Concentration | Action Level* |
|---|---|---|
| Aflatoxin B1 | < LLOQ | 20 ppb |
| Aflatoxin B2 | < LLOQ | 20 ppb |
| Aflatoxin G1 | < LLOQ | 20 ppb |
| Aflatoxin G2 | < LLOQ | 20 ppb |
| Ochratoxin A | < LLOQ | 20 ppb |

*Action Level is Sum of Aflatoxins*

### IMPURITIES

| Analytes | Concentration | Action Level |
|---|---|---|
| Acetone | < RL | 5000 ppm |
| Benzene | *22 ppm* | 2 ppm |
| Chloroform | < RL | 2 ppm |
| Dichloromethane | < RL | 600 ppm |
| Ethyl_Acetate | < RL | 5000 ppm |
| Xylene | < RL | 2170 ppm |
| Isopropanol | < RL | 5000 ppm |
| Methanol | < RL | 3000 ppm |
| Toluene | < RL | 890 ppm |

*Reporting Limit (RL) = Half Action Level*

MICROBIOLOGICALS NOT EXAMINED

These testing results are certified by scientific examination of a single sample provided by the Producer/Processor. Confidence Analytics and its agents did not observe or participate in the sample selection process, and cannot confirm the authenticity of the sample or its representativeness of the associated lot/batch. The sample, as received, was homogenized before subsamples were drawn for specific analyses. This report is supplemental to any other reports with the same analytic sample number.

THCmax (a.k.a. Total THC) = d9-THC + ( THC-A * 0.877 )
CBDmax (a.k.a. Total CBD) = CBD + ( CBDA * 0.877 )
Total Cannabinoid is a raw sum of all measured cannabinoids
In Traceability, Total Cannabinoid is a sum of THCmax and CBDmax
Figures may differ slightly from traceability due to rounding

ND = Not Detected
NE = Not Examined
Unk = Unknown

Analytical Methods Used
Cannabinoids: HPLC-UV
Microbial: Plate Counting
Terpenes: HS-GC-FID
Solvents: HS-GC-MS

Trace Residue: UHPLC-MSMS
Water Activity: HYGROMER®

 



# Confidence Analytics

**Cannabis Analytics and Research Specialists**

WSLCB License # 0003 | 14797 NE 95th St, Redmond, WA 98052 | (206) 743-8843 | info@conflabs.com
Certified For: Cannabinoids | Microbiologicals | Mycotoxins | Foreign Matter | Moisture | Terpenes | Residual Solvents | Pesticides

## I-502 Certificate of Analysis

## Official Test Results for Laboratory Sample # 8090234

| | | | | | |
|---|---|---|---|---|---|
| **Origination:** | Mountain Hi | **UBI #:** | 601410496 | **Inventory #:** | WAJ412446.IN1096I3 |
| **Strain:** | Chocolate Chunk | **License #:** | 412446 | **QA #:** | WALX.IN10LST1 |
| **Type:** | BHO | **Harvest Date:** | Unknown | | |
| **Address:** | 19417 6Xrd Ave Ne | **Date of Receipt:** | 2021-09-02 | **Approved By:** | N. Mosely, CEO |
| | Arlington, WA 9822X | **Date of Testing:** | 2021-09-04 | | S. Stevens, LDR |



### PASS/FAIL

| | |
|---|---|
| Foreign Matter+Seeds | **PASS** |
| Mycotoxins | **PASS** |
| Pesticides | NE |
| Residual Solvents | **FAIL** |

### Shelf Stability

| | |
|---|---|
| Loss-On-Drying | NE |
| Water Activity | NE |

### Chemical Profile (units in percent by weight)

| THC max | | CBD max | | |
|---|---|---|---|---|
| **64** | | **0.11** | | |
| raw sum: 73 | | raw sum: 0.12 | | |
| THCA | 69 | d9-THC | 4.1 | |
| CBDA | 0.12 | CBD | ND | |
| CBGA | 2.1 | CBG | 0.18 | |
| CBC | 0.04 | CBN | ND | |
| THCVA | 0.47 | THCV | ND | |
| CBDVA | ND | CBDV | ND | |
| CBT | 0.14 | d8-THC | ND | Terp total: |
| **Total Cannabinoids (raw sum): 76** | | | | |

Chemical Profile chart (log scale, 0.01 to 100): d9-THC 64, CBD .11, CBG 2, CBC .04, CBN (none), THCV .41, d8-THC (none), CBDV (none), CBT .14

### Terpene Fingerprint (units in percent by weight)

TERPENES NOT E/ AMINED

These testing results are certified by scientific examination of a single sample provided by the Producer/Processor. Confidence Analytics and its agents did not observe or participate in the sample selection process, and cannot confirm the authenticity of the sample or its representativeness of the associated lot/batch. The sample, as received, was homogenized before subsamples were drawn for specific analyses. This report is supplemental to any other reports with the same analytic sample number. Pass/Fail criteria are defined in WAC XI4-33-102.

THCmax (a.k.a. Total THC) = d9-THC + ( THC-A * 0.877 )
CBDmax (a.k.a. Total CBD) = CBD + ( CBD-A * 0.877 )
Total Cannabinoid is a raw sum of all measured cannabinoids
In Traceability, Total Cannabinoid is a sum of THCmax and CBDmax
Figures may differ slightly from traceability due to rounding

ND = Not Detected
NE = Not Examined
Unk = Unknown

Analytical Methods Used
Cannabinoids: HPLC-UV
Microbial: Plate Counting
Terpenes: HS-GC-FID
Solvents: HS-GC-MS

Trace Residue: UHPLC-MSMS
Water Activity: HYGROMER®





# Confidence Analytics
## Cannabis Analytics and Research Specialists
WSLCB License # 0003 | 14797 NE 95th St, Redmond, WA 98052 | (206) 743-8843 | info@conflabs.com
Certified For: Cannabinoids | Microbiologicals | Mycotoxins | Foreign Matter | Moisture | Terpenes | Residual Solvents | Pesticides
### I-502 Certificate of Analysis

| | | |
|---|---|---|
| **Origination:** Mountain Hi | **UBI #:** 601410496 | **Inventory #:** WAJ412446.IN1096I3 |
| **Strain:** Chocolate Chunk | **License #:** 412446 | **QA #:** WALX.IN10LST1 |
| **Type:** BHO | **Harvest Date:** Unknown | |
| **Address:** 19417 6Xrd Ave Ne | **Date of Receipt:** 2021-09-02 | **Approved By:** N. Mosely, CEO |
| Arlington, WA 9822X | **Date of Testing:** 2021-09-04 | S. Stevens, LDR |



## Quantitative Impurities Report

Concentrations of analytes used to determine pass/fail status of individual tests.

\* Greater than lower limit of detection (>LLOD) and less than lower limit of quantification (<LLOQ) . Applies to instances when the analyte has been detected and positively identified, but the concentration is lower than we can accurately quantify. Literally: signal to noise ratio greater than X and signal less than calibration. LLOD is ~0.001 ppm for most analytes, LLOQ is ~0.01 for most analytes. Number shown is lower end of calibration (LLOQ).

\*\* Greater than upper limit of quantification (>ULOQ). Applies to instances when the analyte concentration in the sample is greater than we can accurately measure without additional testing. Number shown is upper end of calibration (ULOQ).

## Findings

### ALKANES

| *Analyte* | *Concentration* | *Action Level* |
|---|---|---|
| Hexane | *19 ppm* | 290 ppm |
| Cyclohexane | *21 ppm* | X880 ppm |
| Butane | *1400 ppm* | 3000 ppm |
| Pentane | *44 ppm* | 3000 ppm |
| Heptane | < RL | 3000 ppm |
| Propane | *11 ppm* | 3000 ppm |

*\*Reporting Limit (RL) = 10 ppm*

### ALLOWED INGREDIENTS

| *Analyte* | *Concentration* |
|---|---|
| Ethanol | < RL |

*\*Reporting Limit (RL) = 300 ppm*

### IMPURITIES

| *Analytes* | *Concentration* | *Action Level* |
|---|---|---|
| Acetone | < RL | 3000 ppm |
| Ben5ene | *19 ppm* | 2 ppm |
| Chloroform | < RL | 2 ppm |
| Dichloromethane | < RL | 600 ppm |
| Ethyl_Acetate | < RL | 3000 ppm |
| / ylene | < RL | 2170 ppm |
| Isopropanol | < RL | 3000 ppm |
| Methanol | < RL | X000 ppm |
| Toluene | < RL | 890 ppm |

*\*Reporting Limit (RL) = Half Action Level*

### MYCOTOXINS

| *Analyte* | *Concentration* | *Action Level\** |
|---|---|---|
| Aflatoxin B1 | < LLOQ | 20 ppb |
| Aflatoxin B2 | < LLOQ | 20 ppb |
| Aflatoxin G1 | < LLOQ | 20 ppb |
| Aflatoxin G2 | < LLOQ | 20 ppb |
| Ochratoxin A | < LLOQ | 20 ppb |

*\*Action Level is Sum of Aflatoxins*

MICROBIOLOGICALS NOT E/ AMINED

---

These testing results are certified by scientific examination of a single sample provided by the Producer/Processor. Confidence Analytics and its agents did not observe or participate in the sample selection process, and cannot confirm the authenticity of the sample or its representativeness of the associated lot/batch. The sample, as received, was homogeni5ed before subsamples were drawn for specific analyses. This report is supplemental to any other reports with the same analytic sample number.

THCmax (a.k.a. Total THC) = d9-THC + ( THC-A \* 0.877 )
CBDmax (a.k.a. Total CBD) = CBD + ( CBDA \* 0.877 )
Total Cannabinoid is a raw sum of all measured cannabinoids
In Traceability, Total Cannabinoid is a sum of THCmax and CBDmax
Figures may differ slightly from traceability due to rounding

ND = Not Detected
NE = Not Examined
Unk = Unknown

Analytical Methods Used
Cannabinoids: HPLC-UV
Microbial: Plate Counting
Terpenes: HS-GC-FID
Solvents: HS-GC-MS

Trace Residue: UHPLC-MSMS
Water Activity: HYGROMER®

 



# Confidence Analytics

## Cannabis Analytics and Research Specialists

WSLCB License # 0003 | 14797 NE 95th St, Redmond, WA 98052 | (206) 743-8843 | info@conflabs.com
Certified For: Cannabinoids | Microbiologicals | Mycotoxins | Foreign Matter | Moisture | Terpenes | Residual Solvents | Pesticides

## I-502 Certificate of Analysis

### Official Test Results for Laboratory Sample # 8090232

| | | | | | |
|---|---|---|---|---|---|
| **Origination:** | Mountain Hi | **UBI #:** | 601410496 | **Inventory #:** | WAJ412446.IN10EKPF |
| **Strain:** | Cookie Monster | **License #:** | 412446 | **QA #:** | WAL3.IN10LST2 |
| **Type:** | BHO | **Harvest Date:** | Unknown | | |
| **Address:** | 19417 63rd Ave Ne | **Date of Receipt:** | 2021-09-02 | **Approved By:** | N. Mosely, CEO |
| | Arlington, WA 98223 | **Date of Testing:** | 2021-09-04 | | S. Stevens, LDR |



### PASS/FAIL

| | |
|---|---|
| Foreign Matter+Seeds | **PASS** |
| Mycotoxins | **PASS** |
| Pesticides | NE |
| Residual Solvents | *FAIL* |

### Shelf Stability

| | |
|---|---|
| Loss-On-Drying | NE |
| Water Activity | NE |

### Chemical Profile (units in percent by weight)

| THC max | | CBD max | | |
|---|---|---|---|---|
| 70 raw sum: 80 | | 0.15 raw sum: 0.19 | | |
| THCA | 78 | d9-THC | 1.8 | |
| CBDA | 0.19 | CBD | 6 D | |
| CBNA | G | CBN | 0.2V | |
| CBC | 6 D | CB6 | 6 D | |
| THC4A | 0.38 | THC4 | 6 D | |
| CBD4A | 6 D | CBD4 | 6 D | |
| CBT | 0.1G | d8-THC | 6 D | Terp total: |
| **Total Cannabinoids (raw sum): 8V** | | | | |

Chart (units in percent by weight): d9-THC 70, CBD .16, CBG 3.8, CBC, CBN, THCV .33, d8-THC, CBDV .14, CBT

### Terpene Fingerprint (units in percent by weight)

TERPENES NOT EXAMINED

These testing results are certified by scientific examination of a single sample provided by the Producer/Processor. Confidence Analytics and its agents did not observe or participate in the sample selection process, and cannot confirm the authenticity of the sample or its representativeness of the associated lot/batch. The sample, as received, was homogenized before subsamples were drawn for specific analyses. This report is supplemental to any other reports with the same analytic sample number. Pass/Fail criteria are defined in WAC 314-55-102.

THCmax (a.k.a. Total THC) = d9-THC + ( THC-A * 0.877 )
CBDmax (a.k.a. Total CBD) = CBD + ( CBD-A * 0.877 )
Total Cannabinoid is a raw sum of all measured cannabinoids
In Traceability, Total Cannabinoid is a sum of THCmax and CBDmax
Figures may differ slightly from traceability due to rounding

ND = Not Detected
NE = Not Examined
Unk = Unknown

Analytical Methods Used
Cannabinoids: HPLC-UV
Microbial: Plate Counting
Terpenes: HS-GC-FID
Solvents: HS-GC-MS

Trace Residue: UHPLC-MSMS
Water Activity: HYGROMER®
**Page 1 of 2**





# Confidence Analytics
**Cannabis Analytics and Research Specialists**
WSLCB License # 0003 | 14797 NE 95th St, Redmond, WA 98052 | (206) 743-8843 | info@conflabs.com
Certified For: Cannabinoids | Microbiologicals | Mycotoxins | Foreign Matter | Moisture | Terpenes | Residual Solvents | Pesticides
## I-502 Certificate of Analysis

## Official Test Results for Laboratory Sample # 8090232

| | | | | | |
|---|---|---|---|---|---|
| **Origination:** | Mountain Hi | **UBI #:** | 601410496 | **Inventory #:** | WAJ412446.IN10EKPF |
| **Strain:** | Cookie Monster | **License #:** | 412446 | **QA #:** | WAL3.IN10LST2 |
| **Type:** | BHO | **Harvest Date:** | Unknown | | |
| **Address:** | 19417 63rd Ave Ne | **Date of Receipt:** | 2021-09-02 | **Approved By:** N. Mosely, CEO | |
| | Arlington, WA 98223 | **Date of Testing:** | 2021-09-04 | S. Stevens, LDR | |



## Quantitative Impurities Report

Concentrations of analytes used to determine pass/fail status of individual tests.

\* Greater than lower limit of detection (>LLOD) and less than lower limit of quantification (<LLOQ) . Applies to instances when the analyte has been detected and positively identified, but the concentration is lower than we can accurately quantify. Literally: signal to noise ratio greater than 3 and signal less than calibration. LLOD is ~0.001 ppm for most analytes, LLOQ is ~0.01 for most analytes. Number shown is lower end of calibration (LLOQ).

\*\* Greater than upper limit of quantification (>ULOQ). Applies to instances when the analyte concentration in the sample is greater than we can accurately measure without additional testing. Number shown is upper end of calibration (ULOQ).

## Findings

### ALKA6ES

| Analyte | Concentration | Action Level |
|---|---|---|
| Hexane | < RL | 290 ppm |
| Cyclohexane | < RL | 3880 ppm |
| Butane | *58 ppm* | 5000 ppm |
| Pentane | < RL | 5000 ppm |
| Heptane | < RL | 5000 ppm |
| Propane | < RL | 5000 ppm |

*Reporting Limit (RL) = 10 ppm*

### ALLOWED I6NREDIE6TS

| Analyte | Concentration |
|---|---|
| Ethanol | < RL |

*Reporting Limit (RL) = 500 ppm*

### MYCOTOXI6S

| Analyte | Concentration | Action Level* |
|---|---|---|
| Aflatoxin B1 | < LLOQ | 20 ppb |
| Aflatoxin B2 | < LLOQ | 20 ppb |
| Aflatoxin G1 | < LLOQ | 20 ppb |
| Aflatoxin G2 | < LLOQ | 20 ppb |
| Ochratoxin A | < LLOQ | 20 ppb |

*Action Level is Sum of Aflatoxins*

### IMPURITIES

| Analytes | Concentration | Action Level |
|---|---|---|
| Acetone | < RL | 5000 ppm |
| Benzene | *V.8 ppm* | 2 ppm |
| Chloroform | < RL | 2 ppm |
| Dichloromethane | < RL | 600 ppm |
| Ethyl_Acetate | < RL | 5000 ppm |
| Xylene | < RL | 2170 ppm |
| Isopropanol | < RL | 5000 ppm |
| Methanol | < RL | 3000 ppm |
| Toluene | < RL | 890 ppm |

*Reporting Limit (RL) = Half Action Level*

MICROBIOLOGICALS NOT EXAMINED

These testing results are certified by scientific examination of a single sample provided by the Producer/Processor. Confidence Analytics and its agents did not observe or participate in the sample selection process, and cannot confirm the authenticity of the sample or its representativeness of the associated lot/batch. The sample, as received, was homogenized before subsamples were drawn for specific analyses. This report is supplemental to any other reports with the same analytic sample number.

THCmax (a.k.a. Total THC) = d9-THC + ( THC-A * 0.877 )
CBDmax (a.k.a. Total CBD) = CBD + ( CBDA * 0.877 )
Total Cannabinoid is a raw sum of all measured cannabinoids
In Traceability, Total Cannabinoid is a sum of THCmax and CBDmax
Figures may differ slightly from traceability due to rounding

ND = Not Detected
NE = Not Examined
Unk = Unknown

Analytical Methods Used
Cannabinoids: HPLC-UV
Microbial: Plate Counting
Terpenes: HS-GC-FID
Solvents: HS-GC-MS

Trace Residue: UHPLC-MSMS
Water Activity: HYGROMER®






# Confidence Analytics
## Cannabis Analytics and Research Specialists

WSLCB License # 0003 | 14797 NE 95th St, Redmond, WA 98052 | (206) 743-8843 | info@conflabs.com
Certified For: Cannabinoids | Microbiologicals | Mycotoxins | Foreign Matter | Moisture | Terpenes | Residual Solvents | Pesticides

## I-502 Certificate of Analysis

### Official Test Results for Laboratory Sample # 8090231

| | | |
|---|---|---|
| **Origination:** Mountain Hi | **UBI #:** 601410496 | **Inventory #:** WAJ412446.IN10BWN3 |
| **Strain:** FIRE M.A.C. | **License #:** 412446 | **QA #:** WALX.IN10LSTX |
| **Type:** BHO | **Harvest Date:** Unknown | |
| **Address:** 19417 6Xrd Ave Ne | **Date of Receipt:** 2021-09-02 | **Approved By:** N. Mosely, CEO |
| Arlington, WA 9822X | **Date of Testing:** 2021-09-04 | S. Stevens, LDR |



### PASS/FAIL

| | |
|---|---|
| Foreign Matter+Seeds | *PASS* |
| Mycotoxins | *PASS* |
| Pesticides | NE |
| Residual Solvents | *FAIL* |

### Chemical Profile (units in percent by weight)

| THC max 87 raw sum: 9. | | CBD max 0)- raw sum: 0)- 6 | | |
|---|---|---|---|---|
| THCA | 9- | d9NTHC | 0)32 | |
| CBDA | 0)- 6 | CBD | GD | |
| CBVA | 05 1 | CBV | GD | |
| CBC | GD | CBG | GD | |
| THC4A | 0)77 | THC4 | GD | |
| CBD4A | GD | CBD4 | GD | |
| CBT | GD | d8NTHC | GD | Terp total: |
| Total Cannabinoids (raw sum): 96 | | | | |

Chemical profile bar chart (y-axis 0.01 to 100; categories: d9-THC, CBD, CBG, CBC, CBN, THCV, d8-THC, CBDV, CBT)

### Shelf Stability

| | |
|---|---|
| Loss On Drying | NE |
| Water Activity | NE |

### Terpene Fingerprint (units in percent by weight)

TERPENES NOT E/ AMINED

---

These testing results are certified by scientific examination of a single sample provided by the Producer;Processor. Confidence Analytics and its agents did not observe or participate in the sample selection process, and cannot confirm the authenticity of the sample or its representativeness of the associated lot;batch. The sample, as received, was homogeni5ed before subsamples were drawn for specific analyses. This report is supplemental to any other reports with the same analytic sample number. Pass;Fail criteria are defined in WAC XI4->>102.

THCmax (a.k.a. Total THC) = d9-THC + ( THC-A * 0.877 )
CBDmax (a.k.a. Total CBD) = CBD + ( CBD-A * 0.877 )
Total Cannabinoid is a raw sum of all measured cannabinoids
In Traceability, Total Cannabinoid is a sum of THCmax and CBDmax
Figures may differ slightly from traceability due to rounding

ND = Not Detected
NE = Not Examined
Unk = Unknown

Analytical Methods Used
Cannabinoids: HPLC-UV
Microbial: Plate Counting
Terpenes: HS-GC-FID
Solvents: HS-GC-MS

Trace Residue: UHPLC-MSMS
Water Activity: HYGROMER®
**Page 1 of 2**





# Confidence Analytics
### Cannabis Analytics and Research Specialists
WSLCB License # 0003 | 14797 NE 95th St, Redmond, WA 98052 | (206) 743-8843 | info@conflabs.com
Certified For: Cannabinoids | Mycotoxins | Foreign Matter | Moisture | Terpenes | Residual Solvents | Pesticides
## I-502 Certificate of Analysis

## Official Test Results for Laboratory Sample # 8090231

| | | | | | |
|---|---|---|---|---|---|
| **Origination:** | Mountain Hi | **UBI #:** | 601410496 | **Inventory #:** | WAJ412446.IN10BWN3 |
| **Strain:** | FIRE M.A.C. | **License #:** | 412446 | **QA #:** | WALX.IN10LSTX |
| **Type:** | BHO | **Harvest Date:** | Unknown | | |
| **Address:** | 19417 6Xrd Ave Ne | **Date of Receipt:** | 2021-09-02 | **Approved By:** | N. Mosely, CEO |
| | Arlington, WA 9822X | **Date of Testing:** | 2021-09-04 | | S. Stevens, LDR |



## Quantitative Impurities Report

Concentrations of analytes used to determine pass/fail status of individual tests.

\* Greater than lower limit of detection (q LLOD) and less than lower limit of quantification (QLLO3). Applies to instances when the analyte has been detected and positively identified, but the concentration is lower than we can accurately quantify. Literally: signal to noise ratio greater than X and signal less than calibration. LLOD is ~0.001 ppm for most analytes, LL3 is ~0.01 for most analytes. Number shown is lower end of calibration (LLO3).

\*\* Greater than upper limit of quantification (q ULO3). Applies to instances when the analyte concentration in the sample is greater than we can accurately measure without additional testing. Number shown is upper end of calibration (ULO3).

## Findings

### ALKAGES

| Analyte | Concentration | Action Level |
|---|---|---|
| Hexane | **11 ppm** | 290 ppm |
| Cyclohexane | Q RL | X880 ppm |
| Butane | **300 ppm** | >000 ppm |
| Pentane | **1. ppm** | >000 ppm |
| Heptane | Q RL | >000 ppm |
| Propane | Q RL | >000 ppm |

*Reporting Limit (RL) = 10 ppm*

### ALLOWED IGVREDIEGTS

| Analyte | Concentration |
|---|---|
| Ethanol | Q RL |

*Reporting Limit (RL) = >00 ppm*

### MYCOTOXIGS

| Analyte | Concentration | Action Level* |
|---|---|---|
| Aflatoxin B1 | Q LLO3 | 20 ppb |
| Aflatoxin B2 | Q LLO3 | 20 ppb |
| Aflatoxin G1 | Q LLO3 | 20 ppb |
| Aflatoxin G2 | Q LLO3 | 20 ppb |
| Ochratoxin A | Q LLO3 | 20 ppb |

*Action Level is Sum of Aflatoxins*

### IMPURITIES

| Analytes | Concentration | Action Level |
|---|---|---|
| Acetone | Q RL | >000 ppm |
| Ben5ene | **. 2 ppm** | 2 ppm |
| Chloroform | Q RL | 2 ppm |
| Dichloromethane | Q RL | 600 ppm |
| Ethyl_Acetate | Q RL | >000 ppm |
| /ylene | Q RL | 2170 ppm |
| Isopropanol | Q RL | >000 ppm |
| Methanol | Q RL | X000 ppm |
| Toluene | Q RL | 890 ppm |

*Reporting Limit (RL) = Half Action Level*

MICROBIOLOGICALS NOT E/ AMINED

These testing results are certified by scientific examination of a single sample provided by the Producer/Processor. Confidence Analytics and its agents did not observe or participate in the sample selection process, and cannot confirm the authenticity of the sample or its representativeness of the associated lot/batch. The sample, as received, was homogenized before subsamples were drawn for specific analyses. This report is supplemental to any other reports with the same analytic sample number.

THCmax (a.k.a. Total THC) = d9-THC + ( THC-A * 0.877 )
CBDmax (a.k.a. Total CBD) = CBD + ( CBD-A * 0.877 )
Total Cannabinoid is a raw sum of all measured cannabinoids
In Traceability, Total Cannabinoid is a sum of THCmax and CBDmax
Figures may differ slightly from traceability due to rounding

ND = Not Detected
NE = Not Examined
Unk = Unknown

Analytical Methods Used
Cannabinoids: HPLC-UV
Microbial: Plate Counting
Terpenes: HS-GC-FID
Solvents: HS-GC-MS

Trace Residue: UHPLC-MSMS
Water Activity: HYGROMER®






# Confidence Analytics

**Cannabis Analytics and Research Specialists**

WSLCB License # 0003 | 14797 NE 95th St, Redmond, WA 98052 | (206) 743-8843 | info@conflabs.com

Certified For: Cannabinoids | Microbiologicals | Mycotoxins | Foreign Matter | Moisture | Terpenes | Residual Solvents | Pesticides

**Research and Development Certificate of Analysis**

## Official Test Results for Laboratory Sample # 8091709

| | | | | | |
|---|---|---|---|---|---|
| **Origination:** | Mountain Hi | **UBI #:** | 601410496 | **Inventory #:** | WAJ412446.IN10PY7Y |
| **Strain:** | GG 4 | **License #:** | 412446 | **QA #:** | WAL3.IN114O9E |
| **Type:** | BHO | **Harvest Date:** | Unknown | | |
| **Address:** | 19417 63rd Ave Ne | **Date of Receipt:** | 2021-09-20 | **Approved By:** | N. Mosely, CEO |
| | Arlington, WA 98223 | **Date of Testing:** | 2021-09-20 | | S. Stevens, LDR |

### PASS/FAIL

| | |
|---|---|
| **Foreign Matter+Seeds** | *PASS* |
| **Mycotoxins** | NE |
| **Pesticides** | NE |
| **Residual Solvents** | *FAIL* |

### Shelf Stability

| | |
|---|---|
| **Loss-On-Drying** | NE |
| **Water Activity:** | NE |

### Chemical Profile (units in percent by weight)

CANNABINOIDS
NOT EXAMINED

CANNABINOIDS NOT EXAMINED

### Terpene Fingerprint (units in percent by weight)

TERPENES NOT EXAMINED

These testing results are certified by scientific examination of a single sample provided by the Producer/Processor. Confidence Analytics and its agents did not observe or participate in the sample selection process, and cannot confirm the authenticity of the sample or its representativeness of the associated lot/batch. The sample, as received, was homogenized before subsamples were drawn for specific analyses. This report is supplemental to any other reports with the same analytic sample number. Pass/Fail criteria are defined in WAC 314-55-102.

*THCmax (a.k.a. Total THC) = d9-THC + ( THC-A * 0.877 )*
*CBDmax (a.k.a. Total CBD) = CBD + ( CBD-A * 0.877 )*
*Total Cannabinoid is a raw sum of all measured cannabinoids*
*In Traceability, Total Cannabinoid is a sum of THCmax and CBDmax*
*Figures may differ slightly from traceability due to rounding*

*ND = Not Detected*
*NE = Not Examined*
*Unk = Unknown*

*Analytical Methods Used*
*Cannabinoids: HPLC-UV*
*Microbial: Plate Counting*
*Terpenes: HS-GC-FID*
*Solvents: HS-GC-MS*

*Trace Residue: UHPLC-MSMS*
*Water Activity: HYGROMER®*

**Page 1 of 2**






# Confidence Analytics

**Cannabis Analytics and Research Specialists**

WSLCB License # 0003 | 14797 NE 95th St, Redmond, WA 98052 | (206) 743-8843 | info@conflabs.com
Certified For: Cannabinoids | Microbiologicals | Mycotoxins | Foreign Matter | Moisture | Terpenes | Residual Solvents | Pesticides

### Research and Development Certificate of Analysis

## Official Test Results for Laboratory Sample # 8091709

| | | | | | |
|---|---|---|---|---|---|
| **Origination:** | Mountain Hi | **UBI #:** | 601410496 | **Inventory #:** | WAJ412446.IN10PY7Y |
| **Strain:** | GG 4 | **License #:** | 412446 | **QA #:** | WAL3.IN114O9E |
| **Type:** | BHO | **Harvest Date:** | Unknown | | |
| **Address:** | 19417 63rd Ave Ne | **Date of Receipt:** | 2021-09-20 | **Approved By:** | N. Mosely, CEO |
| | Arlington, WA 98223 | **Date of Testing:** | 2021-09-20 | | S. Stevens, LDR |



## Quantitative Impurities Report

Concentrations of analytes used to determine pass/fail status of individual tests.

\* Greater than lower limit of detection (>LLOD) and less than lower limit of quantification (<LLOQ) . Applies to instances when the analyte has been detected and positively identified, but the concentration is lower than we can accurately quantify. Literally: signal to noise ratio greater than 3 and signal less than calibration. LLOD is ~0.001 ppm for most analytes, LLOQ is ~0.01 for most analytes. Number shown is lower end of calibration (LLOQ).

\*\* Greater than upper limit of quantification (>ULOQ). Applies to instances when the analyte concentration in the sample is greater than we can accurately measure without additional testing. Number shown is upper end of calibration (ULOQ).

## Findings

### ALKANES

| Analyte | Concentration | Action Level |
|---|---|---|
| Hexane | *32 ppm* | 290 ppm |
| Cyclohexane | *24 ppm* | 3880 ppm |
| Butane | *1600 ppm* | 5000 ppm |
| Pentane | *47 ppm* | 5000 ppm |
| Heptane | < RL | 5000 ppm |
| Propane | < RL | 5000 ppm |

*Reporting Limit (RL) = 10 ppm*

### ALLOWED INGREDIENTS

| Analyte | Concentration |
|---|---|
| Ethanol | < RL |

*Reporting Limit (RL) = 500 ppm*

### IMPURITIES

| Analytes | Concentration | Action Level |
|---|---|---|
| Acetone | < RL | 5000 ppm |
| Benzene | *23 ppm* | 2 ppm |
| Chloroform | < RL | 2 ppm |
| Dichloromethane | < RL | 600 ppm |
| Ethyl_Acetate | < RL | 5000 ppm |
| Xylene | < RL | 2170 ppm |
| Isopropanol | < RL | 5000 ppm |
| Methanol | < RL | 3000 ppm |
| Toluene | < RL | 890 ppm |

*Reporting Limit (RL) = Half Action Level*

MYCOTOXINS NOT EXAMINED

MICROBIOLOGICALS NOT EXAMINED

These testing results are certified by scientific examination of a single sample provided by the Producer/Processor. Confidence Analytics and its agents did not observe or participate in the sample selection process, and cannot confirm the authenticity of the sample or its representativeness of the associated lot/batch. The sample, as received, was homogenized before subsamples were drawn for specific analyses. This report is supplemental to any other reports with the same analytic sample number.

THCmax (a.k.a. Total THC) = d9-THC + ( THC-A * 0.877 )
CBDmax (a.k.a. Total CBD) = CBD + ( CBDA * 0.877 )
Total Cannabinoid is a raw sum of all measured cannabinoids
In Traceability, Total Cannabinoid is a sum of THCmax and CBDmax
Figures may differ slightly from traceability due to rounding

ND = Not Detected
NE = Not Examined
Unk = Unknown

Analytical Methods Used
Cannabinoids: HPLC-UV
Microbial: Plate Counting
Terpenes: HS-GC-FID
Solvents: HS-GC-MS

Trace Residue: UHPLC-MSMS
Water Activity: HYGROMER®






# Confidence Analytics

## Cannabis Analytics and Research Specialists

WSLCB License # 0003 | 14797 NE 95th St, Redmond, WA 98052 | (206) 743-8843 | info@conflabs.com
Certified For: Cannabinoids | Microbiologicals | Mycotoxins | Foreign Matter | Moisture | Terpenes | Residual Solvents | Pesticides

## I-502 Certificate of Analysis

### Official Test Results for Laboratory Sample # 8090399

| | | | | | |
|---|---|---|---|---|---|
| **Origination:** | Mountain Hi | **UBI #:** | 601410496 | **Inventory #:** | WAJ412446.IN106332 |
| **Strain:** | Gluerilla | **License #:** | 412446 | **QA #:** | WALZ.IN10TSRX |
| **Type:** | BHO | **Harvest Date:** | Unknown | | |
| **Address:** | 19417 6Zrd Ave Ne | **Date of Receipt:** | 2021-09-10 | **Approved By:** | N. Mosely, CEO |
| | Arlington, WA 9822Z | **Date of Testing:** | 2021-09-11 | | S. Stevens, LDR |



### PASS/FAIL

| | |
|---|---|
| Foreign Matter+Seeds | *PASS* |
| Mycotoxins | *PASS* |
| Pesticides | NE |
| Residual Solvents | *FAIL* |

### Shelf Stability

| | |
|---|---|
| Loss On Drying | NE |
| Water Activity | NE |

### Chemical Profile (units in percent by weight)

| | THC max | CBD max | |
|---|---|---|---|
| | 7w | 0-16 | |
| | ra. sum: 35 | ra. sum: 0-1w | |
| THCA | 79 | d9NTHC | 5-w |
| CBDA | 0-1w | CBD | GD |
| CBVA | 1-5 | CBV | 0-21 |
| CBC | 0-11 | CBG | GD |
| THC4A | 0-51 | THC4 | GD |
| CBD4A | GD | CBD4 | GD |
| CBT | GD | d8NTHC | GD | Terp total: |
| Total Cannabinoids (ra. sum: 37 | | | |

Chemical profile chart (units in percent by weight): d9-THC 6>, CBD .1Z, CBG .11, CBC, CBN, THCV 1.4, d8-THC .Z6, CBDV, CBT

### Terpene Fingerprint (units in percent by weight)

TERPENES NOT E/ AMINED

---

These testing results are certified by scientific examination of a single sample provided by the Producer;Processor. Confidence Analytics and its agents did not observe or participate in the sample selection process, and cannot confirm the authenticity of the sample or its representativeness of the associated lot;batch. The sample, as received, was homogeni5ed before subsamples were drawn for specific analyses. This report is supplemental to any other reports with the same analytic sample number. Pass;Fail criteria are defined in WAC Z14->>-102.

THCmax (a.k.a. Total THC) = d9-THC + ( THC-A * 0.877 )
CBDmax (a.k.a. Total CBD) = CBD + ( CBD-A * 0.877 )
Total Cannabinoid is a raw sum of all measured cannabinoids
In Traceability, Total Cannabinoid is a sum of THCmax and CBDmax
Figures may differ slightly from traceability due to rounding

ND = Not Detected
NE = Not Examined
Unk = Unknown

Analytical Methods Used
Cannabinoids: HPLC-UV
Microbial: Plate Counting
Terpenes: HS-GC-FID
Solvents: HS-GC-MS

Trace Residue: UHPLC-MSMS
Water Activity: HYGROMER®
**Page 1 of 2**





# Confidence Analytics

**Cannabis Analytics and Research Specialists**

WSLCB License # 0003 | 14797 NE 95th St, Redmond, WA 98052 | (206) 743-8843 | info@conflabs.com
Certified For: Cannabinoids | Microbiologicals | Mycotoxins | Foreign Matter | Moisture | Terpenes | Residual Solvents | Pesticides

## I-502 Certificate of Analysis

## Official Test Results for Laboratory Sample # 8090399

| | | |
|---|---|---|
| **Origination:** Mountain Hi | **UBI #:** 601410496 | **Inventory #:** WAJ412446.IN106332 |
| **Strain:** Gluerilla | **License #:** 412446 | **QA #:** WALZ.IN10TSRX |
| **Type:** BHO | **Harvest Date:** Unknown | |
| **Address:** 19417 6Zrd Ave Ne | **Date of Receipt:** 2021-09-10 | **Approved By:** N. Mosely, CEO |
| Arlington, WA 9822Z | **Date of Testing:** 2021-09-11 | S. Stevens, LDR |



## Quantitative Impurities Report

Concentrations of analytes used to determine pass/fail status of individual tests.

\* Greater than lower limit of detection (q LLOD) and less than lower limit of quantification (QLLOX) . Applies to instances when the analyte has been detected and positively identified, but the concentration is lower than we can accurately quantify. Literally: signal to noise ratio greater than Z and signal less than calibration. LLOD is ~0.001 ppm for most analytes, LLOX is ~0.01 for most analytes. Number shown is lower end of calibration (LLOX).

\*\* Greater than upper limit of quantification (q ULOX). Applies to instances when the analyte concentration in the sample is greater than we can accurately measure without additional testing. Number shown is upper end of calibration (ULOX).

## Findings

### ALKAGES

| Analyte | Concentration | Action Level |
|---|---|---|
| Hexane | *27 ppm* | 290 ppm |
| Cyclohexane | *21 ppm* | Z880 ppm |
| Butane | *1500 ppm* | >000 ppm |
| Pentane | *w6 ppm* | >000 ppm |
| Heptane | Q RL | >000 ppm |
| Propane | Q RL | >000 ppm |

*Reporting Limit (RL) = 10 ppm*

### ALLOWED IGVREDIEGTS

| Analyte | Concentration |
|---|---|
| Ethanol | Q RL |

*Reporting Limit (RL) = >00 ppm*

### MYCOTOXIGS

| Analyte | Concentration | Action Level* |
|---|---|---|
| Aflatoxin B1 | Q LLOX | 20 ppb |
| Aflatoxin B2 | Q LLOX | 20 ppb |
| Aflatoxin G1 | Q LLOX | 20 ppb |
| Aflatoxin G2 | Q LLOX | 20 ppb |
| Ochratoxin A | Q LLOX | 20 ppb |

*Action Level is Sum of Aflatoxins*

### IMPURITIES

| Analytes | Concentration | Action Level |
|---|---|---|
| Acetone | Q RL | >000 ppm |
| Ben5ene | *20 ppm* | 2 ppm |
| Chloroform | Q RL | 2 ppm |
| Dichloromethane | Q RL | 600 ppm |
| Ethyl_Acetate | Q RL | >000 ppm |
| / ylene | Q RL | 2170 ppm |
| Isopropanol | Q RL | >000 ppm |
| Methanol | Q RL | Z000 ppm |
| Toluene | Q RL | 890 ppm |

*Reporting Limit (RL) = Half Action Level*

MICROBIOLOGICALS NOT E/ AMINED

These testing results are certified by scientific examination of a single sample provided by the Producer/Processor. Confidence Analytics and its agents did not observe or participate in the sample selection process, and cannot confirm the authenticity of the sample or its representativeness of the associated lot/batch. The sample, as received, was homogenized before subsamples were drawn for specific analyses. This report is supplemental to any other reports with the same analytic sample number.

THCmax (a.k.a. Total THC) = d9-THC + ( THC-A * 0.877 )
CBDmax (a.k.a. Total CBD) = CBD + ( CBDA * 0.877 )
Total Cannabinoid is a raw sum of all measured cannabinoids
In Traceability, Total Cannabinoid is a sum of THCmax and CBDmax
Figures may differ slightly from traceability due to rounding

ND = Not Detected
NE = Not Examined
Unk = Unknown

Analytical Methods Used
Cannabinoids: HPLC-UV
Microbial: Plate Counting
Terpenes: HS-GC-FID
Solvents: HS-GC-MS

Trace Residue: UHPLC-MSMS
Water Activity: HYGROMER®





# Confidence Analytics

## Cannabis Analytics and Research Specialists

WSLCB License # 0003 | 14797 NE 95th St, Redmond, WA 98052 | (206) 743-8843 | info@conflabs.com
Certified For: Cannabinoids | Microbiologicals | Mycotoxins | Foreign Matter | Moisture | Terpenes | Residual Solvents | Pesticides

## I-502 Certificate of Analysis

### Official Test Results for Laboratory Sample # 8090803

| | | | | | |
|---|---|---|---|---|---|
| **Origination:** | Mountain Hi | **UBI #:** | 601410496 | **Inventory #:** | WAJ412446.IN1041R3 |
| **Strain:** | London Bridge | **License #:** | 412446 | **QA #:** | WALX.IN10TSRS |
| **Type:** | BHO | **Harvest Date:** | Unknown | | |
| **Address:** | 19417 6Xrd Ave Ne | **Date of Receipt:** | 2021-09-10 | **Approved By:** | N. Mosely, CEO |
| | Arlington, WA 9822X | **Date of Testing:** | 2021-09-11 | | S. Stevens, LDR |



### PASS/FAIL

Foreign Matter+Seeds **PASS**
Mycotoxins **PASS**
Pesticides NE
Residual Solvents *FAIL*

### Shelf Stability

Loss On Drying NE
Water Activity: NE

### Chemical Profile (units in percent by weight)

| | | | | |
|---|---|---|---|---|
| **THC max** | | **CBD max** | | |
| 70 | | 0.15 | | |
| raw sum: 79 | | raw sum: 0.1- | | |
| THCA | 76 | d9NTHC | 5.3 | |
| CBDA | 0.1- | CBD | GD | |
| CBVA | 1.- | CBV | 0.29 | |
| CBC | 0.069 | CBG | 0.013 | |
| THC4A | 0.39 | THC4 | GD | |
| CBD4A | GD | CBD4 | GD | |
| CBT | GD | d8NTHC | GD | Terp total: |
| **Total Cannabinoids (raw sum): 82** | | | | |

Chemical profile bar chart (units in percent by weight), y-axis from 0.01 to 100:
- d9-THC: 70
- CBD: .14
- CBG: 1.7
- CBC: .039
- CBN: (not shown)
- THCV: X4
- d8-THC: (not shown)
- CBDV: (not shown)
- CBT: (not shown)

### Terpene Fingerprint (units in percent by weight)

TERPENES NOT E/ AMINED

---

These testing results are certified by scientific examination of a single sample provided by the Producer Processor. Confidence Analytics and its agents did not observe or participate in the sample selection process, and cannot confirm the authenticity of the sample or its representativeness of the associated lot batch. The sample, as received, was homogeni5ed before subsamples were drawn for specific analyses. This report is supplemental to any other reports with the same analytic sample number. Pass Fail criteria are defined in WAC XI4-33-102.

THCmax (a.k.a. Total THC) = d9-THC + ( THCA * 0.877 )
CBDmax (a.k.a. Total CBD) = CBD + ( CBD-A * 0.877 )
Total Cannabinoid is a raw sum of all measured cannabinoids
In Traceability, Total Cannabinoid is a sum of THCmax and CBDmax
Figures may differ slightly from traceability due to rounding

ND = Not Detected
NE = Not Examined
Unk = Unknown

Analytical Methods Used
Cannabinoids: HPLC-UV
Microbial: Plate Counting
Terpenes: HS-GC-FID
Solvents: HS-GC-MS

Trace Residue: UHPLC-MSMS
Water Activity: HYGROMER®
**Page 1 of 2**






# Confidence Analytics

**Cannabis Analytics and Research Specialists**

WSLCB License # 0003 | 14797 NE 95th St, Redmond, WA 98052 | (206) 743-8843 | info@conflabs.com

Certified For: Cannabinoids | Microbiologicals | Mycotoxins | Foreign Matter | Moisture | Terpenes | Residual Solvents | Pesticides

## I-502 Certificate of Analysis

### Official Test Results for Laboratory Sample # 8090803

| | | |
|---|---|---|
| **Origination:** Mountain Hi | **UBI #:** 601410496 | **Inventory #:** WAJ412446.IN1041R3 |
| **Strain:** London Bridge | **License #:** 412446 | **QA #:** WALX.IN10TSRS |
| **Type:** BHO | **Harvest Date:** Unknown | |
| **Address:** 19417 6Xrd Ave Ne | **Date of Receipt:** 2021-09-10 | **Approved By:** N. Mosely, CEO |
| Arlington, WA 9822X | **Date of Testing:** 2021-09-11 | S. Stevens, LDR |



### Quantitative Impurities Report

Concentrations of analytes used to determine pass/fail status of individual tests.

\* Greater than lower limit of detection (>LLOD) and less than lower limit of quantification (<LLOQ) . Applies to instances when the analyte has been detected and positively identified, but the concentration is lower than we can accurately quantify. Literally: signal to noise ratio greater than X and signal less than calibration. LLOD is ~0.001 ppm for most analytes, LLOQ is ~0.01 for most analytes. Number shown is lower end of calibration (LLOQ).

\*\* Greater than upper limit of quantification (>ULOQ). Applies to instances when the analyte concentration in the sample is greater than we can accurately measure without additional testing. Number shown is upper end of calibration (ULOQ).

### Findings

#### ALKAGES

| Analyte | Concentration | Action Level |
|---|---|---|
| Hexane | *27 ppm* | 290 ppm |
| Cyclohexane | *39 ppm* | X880 ppm |
| Butane | *180 ppm* | 3000 ppm |
| Pentane | *19 ppm* | 3000 ppm |
| Heptane | < RL | 3000 ppm |
| Propane | < RL | 3000 ppm |

*Reporting Limit (RL) = 10 ppm*

#### ALLOWED IGVREDIEGTS

| Analyte | Concentration |
|---|---|
| Ethanol | < RL |

*Reporting Limit (RL) = 300 ppm*

#### MYCOTOXIGS

| Analyte | Concentration | Action Level* |
|---|---|---|
| Aflatoxin B1 | < LLOQ | 20 ppb |
| Aflatoxin B2 | < LLOQ | 20 ppb |
| Aflatoxin G1 | < LLOQ | 20 ppb |
| Aflatoxin G2 | < LLOQ | 20 ppb |
| Ochratoxin A | < LLOQ | 20 ppb |

*Action Level is Sum of Aflatoxins*

#### IMPURITIES

| Analytes | Concentration | Action Level |
|---|---|---|
| Acetone | < RL | 3000 ppm |
| Ben5ene | *38 ppm* | 2 ppm |
| Chloroform | < RL | 2 ppm |
| Dichloromethane | < RL | 600 ppm |
| Ethyl_Acetate | < RL | 3000 ppm |
| / ylene | < RL | 2170 ppm |
| Isopropanol | < RL | 3000 ppm |
| Methanol | < RL | X000 ppm |
| Toluene | < RL | 890 ppm |

*Reporting Limit (RL) = Half Action Level*

MICROBIOLOGICALS NOT E/ AMINED

These testing results are certified by scientific examination of a single sample provided by the Producer/Processor. Confidence Analytics and its agents did not observe or participate in the sample selection process, and cannot confirm the authenticity of the sample or its representativeness of the associated lot/batch. The sample, as received, was homogeni5ed before subsamples were drawn for specific analyses. This report is supplemental to any other reports with the same analytic sample number.

THCmax (a.k.a. Total THC) = d9-THC + ( THC-A * 0.877 )
CBDmax (a.k.a. Total CBD) = CBD + ( CBDA * 0.877 )
Total Cannabinoid is a raw sum of all measured cannabinoids
In Traceability, Total Cannabinoid is a sum of THCmax and CBDmax
Figures may differ slightly from traceability due to rounding

ND = Not Detected
NE = Not Examined
Unk = Unknown

Analytical Methods Used
Cannabinoids: HPLC-UV
Microbial: Plate Counting
Terpenes: HS-GC-FID
Solvents: HS-GC-MS

Trace Residue: UHPLC-MSMS
Water Activity:
HYGROMER®






# Confidence Analytics

**Cannabis Analytics and Research Specialists**

WSLCB License # 0003 | 14797 NE 95th St, Redmond, WA 98052 | (206) 743-8843 | info@conflabs.com

Certified For: Cannabinoids | Microbiologicals | Mycotoxins | Foreign Matter | Moisture | Terpenes | Residual Solvents | Pesticides

**Research and Development Certificate of Analysis**

## Official Test Results for Laboratory Sample # 8091703

| | | | | | |
|---|---|---|---|---|---|
| **Origination:** | Mountain Hi | **UBI #:** | 601410496 | **Inventory #:** | WAJ412446.IN10PVBJ |
| **Strain:** | MILF | **License #:** | 412446 | **QA #:** | WAL3.IN114O9G |
| **Type:** | BHO | **Harvest Date:** | Unknown | | |
| **Address:** | 19417 63rd Ave Ne | **Date of Receipt:** | 2021-09-20 | **Approved By:** | N. Mosely, CEO |
| | Arlington, WA 98223 | **Date of Testing:** | 2021-09-20 | | S. Stevens, LDR |



### PASS/FAIL

| | |
|---|---|
| **Foreign Matter+Seeds** | *PASS* |
| **Mycotoxins** | NE |
| **Pesticides** | NE |
| **Residual Solvents** | *FAIL* |

### Shelf Stability

| | |
|---|---|
| **Loss-On-Drying** | NE |
| **Water Activity:** | NE |

### Chemical Profile (units in percent by weight)

CANNABINOIDS
NOT EXAMINED

CANNABINOIDS NOT EXAMINED

### Terpene Fingerprint (units in percent by weight)

TERPENES NOT EXAMINED

These testing results are certified by scientific examination of a single sample provided by the Producer/Processor. Confidence Analytics and its agents did not observe or participate in the sample selection process, and cannot confirm the authenticity of the sample or its representativeness of the associated lot/batch. The sample, as received, was homogenized before subsamples were drawn for specific analyses. This report is supplemental to any other reports with the same analytic sample number. Pass/Fail criteria are defined in WAC 314-55-102.

THCmax (a.k.a. Total THC) = d9-THC + ( THC-A * 0.877 )
CBDmax (a.k.a. Total CBD) = CBD + ( CBD-A * 0.877 )
*Total Cannabinoid is a raw sum of all measured cannabinoids*
*In Traceability, Total Cannabinoid is a sum of THCmax and CBDmax*
*Figures may differ slightly from traceability due to rounding*

ND = Not Detected
NE = Not Examined
Unk = Unknown

*Analytical Methods Used*
Cannabinoids: HPLC-UV
Microbial: Plate Counting
Terpenes: HS-GC-FID
Solvents: HS-GC-MS

Trace Residue: UHPLC-MSMS
*Water Activity:*
*HYGROMER®*
**Page 1 of 2**






# Confidence Analytics

### Cannabis Analytics and Research Specialists

WSLCB License # 0003 | 14797 NE 95th St, Redmond, WA 98052 | (206) 743–8843 | info@conflabs.com
Certified For: Cannabinoids | Microbiologicals | Mycotoxins | Foreign Matter | Moisture | Terpenes | Residual Solvents | Pesticides

### Research and Development Certificate of Analysis

## Official Test Results for Laboratory Sample # 8091703

| | | | | | |
|---|---|---|---|---|---|
| **Origination:** | Mountain Hi | **UBI #:** | 601410496 | **Inventory #:** | WAJ412446.IN10PVBJ |
| **Strain:** | MILF | **License #:** | 412446 | **QA #:** | WAL3.IN114O9G |
| **Type:** | BHO | **Harvest Date:** | Unknown | | |
| **Address:** | 19417 63rd Ave Ne | **Date of Receipt:** | 2021-09-20 | **Approved By:** N. Mosely, CEO | |
| | Arlington, WA 98223 | **Date of Testing:** | 2021-09-20 | | S. Stevens, LDR |

## Quantitative Impurities Report

Concentrations of analytes used to determine pass/fail status of individual tests.

\* Greater than lower limit of detection (>LLOD) and less than lower limit of quantification (<LLOQ) . Applies to instances when the analyte has been detected and positively identified, but the concentration is lower than we can accurately quantify. Literally: signal to noise ratio greater than 3 and signal less than calibration. LLOD is ~0.001 ppm for most analytes, LLOQ is ~0.01 for most analytes. Number shown is lower end of calibration (LLOQ).

\*\* Greater than upper limit of quantification (>ULOQ). Applies to instances when the analyte concentration in the sample is greater than we can accurately measure without additional testing. Number shown is upper end of calibration (ULOQ).

## Findings

### ALKANES

| Analyte | Concentration | Action Level |
|---|---|---|
| Hexane | < RL | 290 ppm |
| Cyclohexane | < RL | 3880 ppm |
| Butane | *34 ppm* | 5000 ppm |
| Pentane | < RL | 5000 ppm |
| Heptane | < RL | 5000 ppm |
| Propane | < RL | 5000 ppm |

*Reporting Limit (RL) = 10 ppm*

### ALLOWED INGREDIENTS

| Analyte | Concentration |
|---|---|
| Ethanol | < RL |

*Reporting Limit (RL) = 500 ppm*

MYCOTOXINS NOT EXAMINED

### IMPURITIES

| Analytes | Concentration | Action Level |
|---|---|---|
| Acetone | < RL | 5000 ppm |
| Benzene | *2.1 ppm* | 2 ppm |
| Chloroform | < RL | 2 ppm |
| Dichloromethane | < RL | 600 ppm |
| Ethyl_Acetate | < RL | 5000 ppm |
| Xylene | < RL | 2170 ppm |
| Isopropanol | < RL | 5000 ppm |
| Methanol | < RL | 3000 ppm |
| Toluene | < RL | 890 ppm |

*Reporting Limit (RL) = Half Action Level*

MICROBIOLOGICALS NOT EXAMINED

These testing results are certified by scientific examination of a single sample provided by the Producer/Processor. Confidence Analytics and its agents did not observe or participate in the sample selection process, and cannot confirm the authenticity of the sample or its representativeness of the associated lot/batch. The sample, as received, was homogenized before subsamples were drawn for specific analyses. This report is supplemental to any other reports with the same analytic sample number.

THCmax (a.k.a. Total THC) = d9-THC + ( THC-A \* 0.877 )
CBDmax (a.k.a. Total CBD) = CBD + ( CBDA \* 0.877 )
Total Cannabinoid is a raw sum of all measured cannabinoids
In Traceability, Total Cannabinoid is a sum of THCmax and CBDmax
Figures may differ slightly from traceability due to rounding

ND = Not Detected
NE = Not Examined
Unk = Unknown

Analytical Methods Used
Cannabinoids: HPLC-UV
Microbial: Plate Counting
Terpenes: HS-GC-FID
Solvents: HS-GC-MS

Trace Residue: UHPLC-MSMS
Water Activity: HYGROMER®

**Page 2 of 2**






# Confidence Analytics

**Cannabis Analytics and Research Specialists**

WSLCB License # 0003 | 14797 NE 95th St, Redmond, WA 98052 | (206) 743-8843 | info@conflabs.com
Certified For: Cannabinoids | Microbiologicals | Mycotoxins | Foreign Matter | Moisture | Terpenes | Residual Solvents | Pesticides

## I-502 Certificate of Analysis

## Official Test Results for Laboratory Sample # 8082918

| | | | |
|---|---|---|---|
| **Origi3atio3n** Mountain Hi | **: UB#n** 601410496 | **BBIe3tory #n** WAJ412446.IN10423T | |
| **Strai3n** OG LA Affie | **Lice3se #n** 412446 | **v Q #n** WALX.IN10HN/ I | |
| **Typen** BHO | **AarIest Haten** Unknown | | |
| **QDDressn** 19417 6Xrd Ave Ne | **Hate of Receiptn** 2021-08-X0 | **QpproIeD Uyn** N. Mosely, CEO | |
| Arlington, WA 9822X | **Hate of Testi3gn** 2021-09-01 | S. Stevens, LDR | |



### PQSSd QHL

| | |
|---|---|
| **/oreig3 F atterMSeeDs** *PQSS* | |
| **F ycoto+i3s** *PQSS* | |
| **PesticiDes** NE | |
| **ResiDual SolIe3ts /** *QHL* | |

### SCelf Stability

| | |
|---|---|
| **Loss5035Hryi3g** NE | |
| **) ater QctiIityn** NE | |

### x Cemical Profile (units in percent by weight)

| | TAx ma+ h7 raw sumn97 | x UH ma+ 0.1h raw sumn0.18 | |
|---|---|---|---|
| TAxQ | 9h | D75TAx | 2.h |
| xUHQ | 0.18 | xUH | - H |
| xU6Q | N | xU6 | 0.28 |
| xUx | - H | xU- | - H |
| TAxGQ | 0.Vh | TAx G | - H |
| xUHGQ | - H | xUHG | - H |
| xUT | 0.VV | D85TAx | - H | Terp totaln |
| Total xa33abi3oiDs 4raw sum(n8N | | | |

### Terpe3e / i3gerpri3t (units in percent by weight)

TERPENES NOT E/ AMINED

These testing results are certified by scientific examination of a single sample provided by the ProducerꞋProcessor. Confidence Analytics and its agents did not observe or participate in the sample selection process, and cannot confirm the authenticity of the sample or its representativeness of the associated lotbatch. The sample, as received, was homogeni5ed before subsamples were drawn for specific analyses. This report is supplemental to any other reports with the same analytic sample number. PassꞋFail criteria are defined in WAC XI4-33-102.

THCmax (a.k.a. Total THC) = d9-THC + ( THC-A * 0.877 )
CBDmax (a.k.a. Total CBD) = CBD + ( CBD-A * 0.877 )
Total Cannabinoid is a raw sum of all measured cannabinoids
In Traceability, Total Cannabinoid is a sum of THCmax and CBDmax
Figures may differ slightly from traceability due to rounding

ND = Not Detected
NE = Not Examined
Unk = Unknown

Analytical Methods Used
Cannabinoids: HPLC-UV
Microbial: Plate Counting
Terpenes: HS-GC-FID
Solvents: HS-GC-MS

Trace Residue: UHPLC-MSMS
Water Activity:
HYGROMER®
**Page 1 of 2**






# Confidence Analytics
### Cannabis Analytics and Research Specialists
WSLCB License # 0003 | 14797 NE 95th St, Redmond, WA 98052 | (206) 743-8843 | info@conflabs.com
Certified For: Cannabinoids | Microbiologicals | Mycotoxins | Foreign Matter | Moisture | Terpenes | Residual Solvents | Pesticides
## I-502 Certificate of Analysis

## Official Test Results for Laboratory Sample # 8082918

| | | | | | |
|---|---|---|---|---|---|
| **Origi3atio3n** | Mountain Hi | **: UB#n** 601410496 | **BBIe3tory #n** WAJ412446.IN10423T | |
| **Strai3n** | OG LA Affie | **Lice3se #n** 412446 | **v Q #n** WALX.IN10HN/ I | |
| **TypenBHO** | | **AarIest Haten** Unknown | | |
| **QDDressn** | 19417 6Xrd Ave Ne | **Hate of Receiptn** 2021-08-X0 | **QpproIeD Uyn** N. Mosely, CEO | |
| | Arlington, WA 9822X | **Hate of Testi3gn** 2021-09-01 | S. Stevens, LDR | |



## v ua3titatiIe Impurities Report

Concentrations of analytes used to determine pass/fail status of individual tests.

\* Greater than lower limit of detection (>LLOD) and less than lower limit of quantification (<LLOQ) . Applies to instances when the analyte has been detected and positively identified, but the concentration is lower than we can accurately quantify. Literally: signal to noise ratio greater than X and signal less than calibration. LLOD is ~0.001 ppm for most analytes, LLOQ is ~0.01 for most analytes. Number shown is lower end of calibration (LLOQ).

\*\* Greater than upper limit of quantification (>ULOQ). Applies to instances when the analyte concentration in the sample is greater than we can accurately measure without additional testing. Number shown is upper end of calibration (ULOQ).

## / i3Di3gs

### QLWQ- KS

| Q3alyte | x o3ce3tratio3 | Qctio3 LeIeI |
|---|---|---|
| Hexane | **h2 ppm** | 290 ppm |
| Cyclohexane | **E7 ppm** | X880 ppm |
| Butane | **1100 ppm** | 3000 ppm |
| Pentane | **h8 ppm** | 3000 ppm |
| Heptane | < RL | 3000 ppm |
| Propane | < RL | 3000 ppm |

*Reporting Limit (RL) = 10 ppm*

### QLLO) KH B 6 RKHIK- TS

| Q3alyte | x o3ce3tratio3 |
|---|---|
| Ethanol | < RL |

*Reporting Limit (RL) = 300 ppm*

### F Yx OTOXB S

| Q3alyte | x o3ce3tratio3 | Qctio3 LeIeI* |
|---|---|---|
| Aflatoxin B1 | < LLOQ | 20 ppb |
| Aflatoxin B2 | < LLOQ | 20 ppb |
| Aflatoxin G1 | < LLOQ | 20 ppb |
| Aflatoxin G2 | < LLOQ | 20 ppb |
| Ochratoxin A | < LLOQ | 20 ppb |

*Action Level is Sum of Aflatoxins*

### BF P: RHTKS

| Q3alytes | x o3ce3tratio3 | Qctio3 LeIeI |
|---|---|---|
| Acetone | < RL | 3000 ppm |
| Ben5ene | **E2 ppm** | 2 ppm |
| Chloroform | < RL | 2 ppm |
| Dichloromethane | < RL | 600 ppm |
| Ethyl_Acetate | < RL | 3000 ppm |
| / ylene | < RL | 2170 ppm |
| Isopropanol | < RL | 3000 ppm |
| Methanol | < RL | X000 ppm |
| Toluene | < RL | 890 ppm |

*Reporting Limit (RL) = Half Action Level*

MICROBIOLOGICALS NOT E/ AMINED

These testing results are certified by scientific examination of a single sample provided by the Producer/Processor. Confidence Analytics and its agents did not observe or participate in the sample selection process, and cannot confirm the authenticity of the sample or its representativeness of the associated lot/batch. The sample, as received, was homogeni5ed before subsamples were drawn for specific analyses. This report is supplemental to any other reports with the same analytic sample number.

THCmax (a.k.a. Total THC) = d9-THC + ( THC-A * 0.877 )
CBDmax (a.k.a. Total CBD) = CBD + ( CBDA * 0.877 )
Total Cannabinoid is a raw sum of all measured cannabinoids
In Traceability, Total Cannabinoid is a sum of THCmax and CBDmax
Figures may differ slightly from traceability due to rounding

ND = Not Detected
NE = Not Examined
Unk = Unknown

Analytical Methods Used
Cannabinoids: HPLC-UV
Microbial: Plate Counting
Terpenes: HS-GC-FID
Solvents: HS-GC-MS

Trace Residue: UHPLC-MSMS
Water Activity:
HYGROMETER®
**Page 2 of 2**





# Confidence Analytics

**Cannabis Analytics and Research Specialists**

WSLCB License # 0003 | 14797 NE 95th St, Redmond, WA 98052 | (206) 743-8843 | info@conflabs.com

Certified For: Cannabinoids | Microbiologicals | Mycotoxins | Foreign Matter | Moisture | Terpenes | Residual Solvents | Pesticides

**Research and Development Certificate of Analysis**

## Official Test Results for Laboratory Sample # 8091705

| | | | | | |
|---|---|---|---|---|---|
| **Origination:** | Mountain Hi | **UBI #:** | 601410496 | **Inventory #:** | WAJ412446.IN10PU3 S |
| **Strain:** | Panama Red | **License #:** | 412446 | **QA #:** | WALX.IN114O9H |
| **Type:** | BHO | **Harvest Date:** | Unknown | | |
| **Address:** | 19417 6Xrd Ave Ne | **Date of Receipt:** | 2021-09-20 | **Approved By:** | N. Mosely, CEO |
| | Arlington, WA 9822X | **Date of Testing:** | 2021-09-20 | | S. Stevens, LDR |



### PASS/FAIL

| | |
|---|---|
| **Foreign Matter+Seeds** | *PASS* |
| **Mycotoxins** | NE |
| **Pesticides** | NE |
| **Residual Solvents** | *FAIL* |

### Shelf Stability

| | |
|---|---|
| **Loss-On-Drying** | NE |
| **Water Activity:** | NE |

### Chemical Profile (units in percent by weight)

CANNABINOIDS
NOT E/ AMINED

CANNABINOIDS NOT E/ AMINED

### Terpene Fingerprint (units in percent by weight)

TERPENES NOT E/ AMINED

These testing results are certified by scientific examination of a single sample provided by the Producer/Processor. Confidence Analytics and its agents did not observe or participate in the sample selection process, and cannot confirm the authenticity of the sample or its representativeness of the associated lot/batch. The sample, as received, was homogeni5ed before subsamples were drawn for specific analyses. This report is supplemental to any other reports with the same analytic sample number. Pass/Fail criteria are defined in WAC XI4->>-102.

*THCmax (a.k.a. Total THC) = d9-THC + ( THC-A * 0.877 )*
*CBDmax (a.k.a. Total CBD) = CBD + ( CBD-A * 0.877 )*
*Total Cannabinoid is a raw sum of all measured cannabinoids*
*In Traceability, Total Cannabinoid is a sum of THCmax and CBDmax*
*Figures may differ slightly from traceability due to rounding*

*ND = Not Detected*
*NE = Not Examined*
*Unk = Unknown*

*Analytical Methods Used*
*Cannabinoids: HPLC-UV*
*Microbial: Plate Counting*
*Terpenes: HS-GC-FID*
*Solvents: HS-GC-MS*

*Trace Residue: UHPLC-MSMS*
*Water Activity: HYGROMER®*

**Page 1 of 2**






# Confidence Analytics

### Cannabis Analytics and Research Specialists

WSLCB License # 0003 | 14797 NE 95th St, Redmond, WA 98052 | (206) 743–8843 | info@conflabs.com

Certified For: Cannabinoids | Microbiologicals | Mycotoxins | Foreign Matter | Moisture | Terpenes | Residual Solvents | Pesticides

### Research and Development Certificate of Analysis

## Official Test Results for Laboratory Sample # 8091705

| | | | |
|---|---|---|---|
| **Origination:** Mountain Hi | **UBI #:** 601410496 | **Inventory #:** WAJ412446.IN10PU3 S |  |
| **Strain:** Panama Red | **License #:** 412446 | **QA #:** WALX.IN114O9H | |
| **Type:** BHO | **Harvest Date:** Unknown | | |
| **Address:** 19417 6Xrd Ave Ne | **Date of Receipt:** 2021-09-20 | **Approved By:** N. Mosely, CEO | |
| Arlington, WA 9822X | **Date of Testing:** 2021-09-20 | S. Stevens, LDR | |

## Quantitative Impurities Report

Concentrations of analytes used to determine pass/fail status of individual tests.

\* Greater than lower limit of detection (q LLOD) and less than lower limit of quantification (QLLO3) . Applies to instances when the analyte has been detected and positively identified, but the concentration is lower than we can accurately quantify. Literally: signal to noise ratio greater than X and signal less than calibration. LLOD is ~0.001 ppm for most analytes, LL3 is ~0.01 for most analytes. Number shown is lower end of calibration (LLO3).

\*\* Greater than upper limit of quantification (q ULO3 ). Applies to instances when the analyte concentration in the sample is greater than we can accurately measure without additional testing. Number shown is upper end of calibration (ULO3 ).

## Findings

### ALKANES

| Analyte | Concentration | Action Level |
|---|---|---|
| Hexane | Q RL | 290 ppm |
| Cyclohexane | Q RL | X880 ppm |
| Butane | *110 ppm* | >000 ppm |
| Pentane | Q RL | >000 ppm |
| Heptane | Q RL | >000 ppm |
| Propane | Q RL | >000 ppm |

*Reporting Limit (RL) = 10 ppm*

### ALLOWED INGREDIENTS

| Analyte | Concentration |
|---|---|
| Ethanol | Q RL |

*Reporting Limit (RL) = >00 ppm*

MYCOTO/ INS NOT E/ AMINED

### IMPURITIES

| Analytes | Concentration | Action Level |
|---|---|---|
| Acetone | Q RL | >000 ppm |
| Ben5ene | *5.5 ppm* | 2 ppm |
| Chloroform | Q RL | 2 ppm |
| Dichloromethane | Q RL | 600 ppm |
| Ethyl_Acetate | Q RL | >000 ppm |
| / ylene | Q RL | 2170 ppm |
| Isopropanol | Q RL | >000 ppm |
| Methanol | Q RL | X000 ppm |
| Toluene | Q RL | 890 ppm |

*Reporting Limit (RL) = Half Action Level*

MICROBIOLOGICALS NOT E/ AMINED

These testing results are certified by scientific examination of a single sample provided by the Producer/Processor. Confidence Analytics and its agents did not observe or participate in the sample selection process, and cannot confirm the authenticity of the sample or its representativeness of the associated lot/batch. The sample, as received, was homogeni5ed before subsamples were drawn for specific analyses. This report is supplemental to any other reports with the same analytic sample number.

THCmax (a.k.a. Total THC) = d9-THC + ( THC-A * 0.877 )
CBDmax (a.k.a. Total CBD) = CBD + ( CBDA * 0.877 )
Total Cannabinoid is a raw sum of all measured cannabinoids
In Traceability, Total Cannabinoid is a sum of THCmax and CBDmax
Figures may differ slightly from traceability due to rounding

ND = Not Detected
NE = Not Examined
Unk = Unknown

Analytical Methods Used
Cannabinoids: HPLC-UV
Microbial: Plate Counting
Terpenes: HS-GC-FID
Solvents: HS-GC-MS

Trace Residue: UHPLC-MSMS
Water Activity:
HYGROMER®

**Page 2 of 2**

 



# Confidence Analytics

## Cannabis Analytics and Research Specialists

WSLCB License # 0003 | 14797 NE 95th St, Redmond, WA 98052 | (206) 743-8843 | info@conflabs.com
Certified For: Cannabinoids | Microbiologicals | Mycotoxins | Foreign Matter | Moisture | Terpenes | Residual Solvents | Pesticides

## I-502 Certificate of Analysis

## Official Test Results for Laboratory Sample # 8082913

| | | |
|---|---|---|
| **Origination:** Mountain Hi | **UBI #:** 601410496 | **Inventory #:** WAJ412446.IN102OTP |
| **Strain:** Paradise Circus | **License #:** 412446 | **QA #:** WAL3.IN10HNXP |
| **Type:** BHO | **Harvest Date:** Unknown | |
| **Address:** 19417 63rd Ave Ne | **Date of Receipt:** 2021-08-30 | **Approved By:** N. Mosely, CEO |
| Arlington, WA 98223 | **Date of Testing:** 2021-09-01 | S. Stevens, LDR |



## PASS/FAIL

| | |
|---|---|
| Foreign Matter+Seeds | *PASS* |
| Mycotoxins | *PASS* |
| Pesticides | NE |
| Residual Solvents | *FAIL* |

## Shelf Stability

| | |
|---|---|
| Loss-On-Drying | NE |
| Water Activity | NE |

## Chemical Profile (units in percent by weight)

| THC max | | CBD max | | |
|---|---|---|---|---|
| 78 raw sum: 99 | | 0.13 raw sum: 0.19 | | |
| THCA | 92 | d5-THC | 3.2 | |
| CBDA | 0.19 | CBD | 6 D | |
| CBNA | 1 | CBN | 0.G | |
| CBC | 0.08V | CB6 | 6 D | |
| THC4A | 0.Gl | THC4 | 6 D | |
| CBD4A | 6 D | CBD4 | 6 D | |
| CBT | 6 D | d8-THC | 6 D | Terp total: |
| **Total Cannabinoids (raw sum): 95** | | | | |

Chemical profile bar chart (units in percent by weight), y-axis from 0.01 to 100: d9-THC 68, CBD .15, CBG 1.2, CBC .084, CBN, THCV .27, d8-THC, CBDV, CBT

## Terpene Fingerprint (units in percent by weight)

TERPENES NOT EXAMINED

These testing results are certified by scientific examination of a single sample provided by the Producer/Processor. Confidence Analytics and its agents did not observe or participate in the sample selection process, and cannot confirm the authenticity of the sample or its representativeness of the associated lot/batch. The sample, as received, was homogenized before subsamples were drawn for specific analyses. This report is supplemental to any other reports with the same analytic sample number. Pass/Fail criteria are defined in WAC 314-55-102.

THCmax (a.k.a. Total THC) = d9-THC + ( THC-A * 0.877 )
CBDmax (a.k.a. Total CBD) = CBD + ( CBD-A * 0.877 )
Total Cannabinoid is a raw sum of all measured cannabinoids
In Traceability, Total Cannabinoid is a sum of THCmax and CBDmax
Figures may differ slightly from traceability due to rounding

ND = Not Detected
NE = Not Examined
Unk = Unknown

Analytical Methods Used
Cannabinoids: HPLC-UV
Microbial: Plate Counting
Terpenes: HS-GC-FID
Solvents: HS-GC-MS

Trace Residue: UHPLC-MSMS
Water Activity: HYGROMER®

**Page 1 of 2**





# Confidence Analytics
### Cannabis Analytics and Research Specialists
WSLCB License # 0003 | 14797 NE 95th St, Redmond, WA 98052 | (206) 743-8843 | info@conflabs.com
Certified For: Cannabinoids | Mycotoxins | Foreign Matter | Moisture | Terpenes | Residual Solvents | Pesticides
## I-502 Certificate of Analysis

## Official Test Results for Laboratory Sample # 8082913

| | | | |
|---|---|---|---|
| **Origination:** Mountain Hi | **UBI #:** 601410496 | **Inventory #:** WAJ412446.IN102OTP | |
| **Strain:** Paradise Circus | **License #:** 412446 | **QA #:** WAL3.IN10HNXP | |
| **Type:** BHO | **Harvest Date:** Unknown | | |
| **Address:** 19417 63rd Ave Ne | **Date of Receipt:** 2021-08-30 | **Approved By:** N. Mosely, CEO | |
| Arlington, WA 98223 | **Date of Testing:** 2021-09-01 | S. Stevens, LDR | |



## Quantitative Impurities Report

Concentrations of analytes used to determine pass/fail status of individual tests.

\* Greater than lower limit of detection (>LLOD) and less than lower limit of quantification (<LLOQ) . Applies to instances when the analyte has been detected and positively identified, but the concentration is lower than we can accurately quantify. Literally: signal to noise ratio greater than 3 and signal less than calibration. LLOD is ~0.001 ppm for most analytes, LLOQ is ~0.01 for most analytes. Number shown is lower end of calibration (LLOQ).

\*\* Greater than upper limit of quantification (>ULOQ). Applies to instances when the analyte concentration in the sample is greater than we can accurately measure without additional testing. Number shown is upper end of calibration (ULOQ).

## Findings

### ALKA6ES
| _Analyte_ | _Concentration_ | _Action Level_ |
|---|---|---|
| Hexane | < RL | 290 ppm |
| Cyclohexane | < RL | 3880 ppm |
| Butane | **_220 ppm_** | 5000 ppm |
| Pentane | < RL | 5000 ppm |
| Heptane | < RL | 5000 ppm |
| Propane | < RL | 5000 ppm |

*Reporting Limit (RL) = 10 ppm*

### ALLOWED I6NREDIE6TS
| _Analyte_ | _Concentration_ |
|---|---|
| Ethanol | < RL |

*Reporting Limit (RL) = 500 ppm*

### IMPURITIES
| _Analytes_ | _Concentration_ | _Action Level_ |
|---|---|---|
| Acetone | < RL | 5000 ppm |
| Benzene | **_V.9 ppm_** | 2 ppm |
| Chloroform | < RL | 2 ppm |
| Dichloromethane | < RL | 600 ppm |
| Ethyl_Acetate | < RL | 5000 ppm |
| Xylene | < RL | 2170 ppm |
| Isopropanol | < RL | 5000 ppm |
| Methanol | < RL | 3000 ppm |
| Toluene | < RL | 890 ppm |

*Reporting Limit (RL) = Half Action Level*

### MYCOTOXI6S
| _Analyte_ | _Concentration_ | _Action Level*_ |
|---|---|---|
| Aflatoxin B1 | < LLOQ | 20 ppb |
| Aflatoxin B2 | < LLOQ | 20 ppb |
| Aflatoxin G1 | < LLOQ | 20 ppb |
| Aflatoxin G2 | < LLOQ | 20 ppb |
| Ochratoxin A | < LLOQ | 20 ppb |

*Action Level is Sum of Aflatoxins*

MICROBIOLOGICALS NOT EXAMINED

These testing results are certified by scientific examination of a single sample provided by the Producer/Processor. Confidence Analytics and its agents did not observe or participate in the sample selection process, and cannot confirm the authenticity of the sample or its representativeness of the associated lot/batch. The sample, as received, was homogenized before subsamples were drawn for specific analyses. This report is supplemental to any other reports with the same analytic sample number.

THCmax (a.k.a. Total THC) = d9-THC + ( THC-A * 0.877 )
CBDmax (a.k.a. Total CBD) = CBD + ( CBDA * 0.877 )
Total Cannabinoid is a raw sum of all measured cannabinoids
In Traceability, Total Cannabinoid is a sum of THCmax and CBDmax
Figures may differ slightly from traceability due to rounding

ND = Not Detected
NE = Not Examined
Unk = Unknown

Analytical Methods Used
Cannabinoids: HPLC-UV
Microbial: Plate Counting
Terpenes: HS-GC-FID
Solvents: HS-GC-MS

Trace Residue: UHPLC-MSMS
Water Activity: HYGROMER®





# Confidence Analytics

**Cannabis Analytics and Research Specialists**

WSLCB License # 0003 | 14797 NE 95th St, Redmond, WA 98052 | (206) 743-8843 | info@conflabs.com

Certified For: Cannabinoids | Microbiologicals | Mycotoxins | Foreign Matter | Moisture | Terpenes | Residual Solvents | Pesticides

## I-502 Certificate of Analysis

## Official Test Results for Laboratory Sample # 809023n



| | | |
|---|---|---|
| **Origi: atio:** UMountain Hi | **BI v #U**G601410496 | **v: Qe: tory #U**WAJ412446.IN1093EU |
| **Strai:** UWedding Cake | **Lice: se #U**412446 | **AH #U**WALX.IN10LST4 |
| **Type**UBHO | **DarQest date**UUnknown | |
| **H/ / ress**U 19417 6Xrd Ave Ne | **date of Receipt**U 2021-09-02 | **HpproQe/ I y**UN. Mosely, CEO |
| Arlington, WA 9822X | **date of Testi: g**U 2021-09-04 | S. Stevens, LDR |

### PHSS SEMhhL

| | |
|---|---|
| **Moreig: + atterx See/ s** | *PHSS* |
| **+ ycotoG: s** | *PHSS* |
| **Pestici/ es** | NE |
| **Resi/ ual SolQe: ts** | *MhhL* |

### S7elf Stability

| | |
|---|---|
| **Loss6O: 6d ryi: g** | NE |
| **Water HctiGity**UNE |  |

### h7emical Profile (units in percent by weight)

| | TDh maC | hI d maC |
|---|---|---|
| | w1 | 05I2 |
| | ra. sumU80 | ra. sumU05I- |
| TDhH w9 | / 96TDh 1Σ |  |
| hI d H 05I- | hI d Nd |  |
| hI GH 25δ | hI G 05Σ3 |  |
| hI h Nd | hI N Nd |  |
| TDhVH 05 n | TDhV Nd |  |
| hI dVH Nd | hI dV Nd |  |
| hI T 05Τ49 | / 86TDh Nd | Terp totalU |
| Total ha: : abi: oi/ s (ra. sumU8- | | |

Chemical Profile bar chart:

| 71 | 2.X | X9 | .069 |
|---|---|---|---|
| .12 | | | |

d9-THC, CBD, CBG, CBC, CBN, THCV, d8-THC, CBDV, CBT

## Terpe: e M: gerpri: t (units in percent by weight)

TERPENES NOT E/ AMINED

---

These testing results are certified by scientific examination of a single sample provided by the Producer Processor. Confidence Analytics and its agents did not observe or participate in the sample selection process, and cannot confirm the authenticity of the sample or its representativeness of the associated lot batch. The sample, as received, was homogeni5ed before subsamples were drawn for specific analyses. This report is supplemental to any other reports with the same analytic sample number. Pass Fail criteria are defined in WAC XI4-33-102.

THCmax (a.k.a. Total THC) = d9-THC + ( THC-A * 0.877 )
CBDmax (a.k.a. Total CBD) = CBD + ( CBD-A * 0.877 )
Total Cannabinoid is a raw sum of all measured cannabinoids
In Traceability, Total Cannabinoid is a sum of THCmax and CBDmax
Figures may differ slightly from traceability due to rounding

ND = Not Detected
NE = Not Examined
Unk = Unknown

Analytical Methods Used
Cannabinoids: HPLC-UV
Microbial: Plate Counting
Terpenes: HS-GC-FID
Solvents: HS-GC-MS

Trace Residue: UHPLC-MSMS
Water Activity: HYGROMER®

**Page 1 of 2**

 



# Confidence Analytics

**Cannabis Analytics and Research Specialists**

WSLCB License # 0003 | 14797 NE 95th St, Redmond, WA 98052 | (206) 743-8843 | info@conflabs.com
Certified For: Cannabinoids | Mycotoxins | Foreign Matter | Moisture | Terpenes | Residual Solvents | Pesticides

## I-502 Certificate of Analysis

### Official Test Results for Laboratory Sample # 809023n

| | | |
|---|---|---|
| **Origination:** Mountain Hi | **BID #** U601410496 | **Inventory:** WAJ412446.IN1093EU |
| **Strain:** Wedding Cake | **License #** U412446 | **IAH #** WALX.IN10LST4 |
| **Type:** BHO | **Harvest date:** Unknown | |
| **Address:** 19417 63rd Ave Ne | **date of Receipt:** 2021-09-02 | **Approved by:** N. Mosely, CEO |
| Arlington, WA 9822X | **date of Testing:** 2021-09-04 | S. Stevens, LDR |



### Adulteration & Impurities Report

Concentrations of analytes used to determine pass/fail status of individual tests.

\* Greater than lower limit of detection (>LLOD) and less than lower limit of quantification (<LLOQ) . Applies to instances when the analyte has been detected and positively identified, but the concentration is lower than we can accurately quantify. Literally: signal to noise ratio greater than X and signal less than calibration. LLOD is ~0.001 ppm for most analytes, LLOQ is ~0.01 for most analytes. Number shown is lower end of calibration (LLOQ).

\*\* Greater than upper limit of quantification (>ULOQ). Applies to instances when the analyte concentration in the sample is greater than we can accurately measure without additional testing. Number shown is upper end of calibration (ULOQ).

### Measurings

#### ALKANES

| Analyte | Concentration: | Action Level |
|---|---|---|
| Hexane | **3-  ppm** | 290 ppm |
| Cyclohexane | **2-  ppm** | X880 ppm |
| Butane | **-n00 ppm** | 3000 ppm |
| Pentane | **110 ppm** | 3000 ppm |
| Heptane | < RL | 3000 ppm |
| Propane | **1w ppm** | 3000 ppm |
| *Reporting Limit (RL) = 10 ppm* | | |

#### ALLOWED FRAGRANCES

| Analyte | Concentration: |
|---|---|
| Ethanol | < RL |
| *Reporting Limit (RL) = 300 ppm* | |

#### MYCOTOXINS

| Analyte | Concentration: | Action Level* |
|---|---|---|
| Aflatoxin B1 | < LLOQ | 20 ppb |
| Aflatoxin B2 | < LLOQ | 20 ppb |
| Aflatoxin G1 | < LLOQ | 20 ppb |
| Aflatoxin G2 | < LLOQ | 20 ppb |
| Ochratoxin A | < LLOQ | 20 ppb |
| *Action Level is Sum of Aflatoxins* | | |

#### VOC PBRVTVES

| Analytes | Concentration: | Action Level |
|---|---|---|
| Acetone | < RL | 3000 ppm |
| Benzene | **3w ppm** | 2 ppm |
| Chloroform | < RL | 2 ppm |
| Dichloromethane | < RL | 600 ppm |
| Ethyl_Acetate | < RL | 3000 ppm |
| Xylene | < RL | 2170 ppm |
| Isopropanol | < RL | 3000 ppm |
| Methanol | < RL | X000 ppm |
| Toluene | < RL | 890 ppm |
| *Reporting Limit (RL) = Half Action Level* | | |

MICROBIOLOGICALS NOT EXAMINED

These testing results are certified by scientific examination of a single sample provided by the Producer/Processor. Confidence Analytics and its agents did not observe or participate in the sample selection process, and cannot confirm the authenticity of the sample or its representativeness of the associated lot/batch. The sample, as received, was homogenized before subsamples were drawn for specific analyses. This report is supplemental to any other reports with the same analytic sample number.

THCmax (a.k.a. Total THC) = d9-THC + ( THC-A * 0.877 )
CBDmax (a.k.a. Total CBD) = CBD + ( CBDA * 0.877 )
Total Cannabinoid is a raw sum of all measured cannabinoids
In Traceability, Total Cannabinoid is a sum of THCmax and CBDmax
Figures may differ slightly from traceability due to rounding

ND = Not Detected
NE = Not Examined
Unk = Unknown

Analytical Methods Used
Cannabinoids: HPLC-UV
Microbial: Plate Counting
Terpenes: HS-GC-FID
Solvents: HS-GC-MS

Trace Residue: UHPLC-MSMS
Water Activity:
HYGROMER®
**Page 2 of 2**





# Confidence Analytics
## Cannabis Analytics and Research Specialists
WSLCB License # 0003 | 14797 NE 95th St, Redmond, WA 98052 | (206) 743-8843 | info@conflabs.com
Certified For: Cannabinoids | Microbiologicals | Mycotoxins | Foreign Matter | Moisture | Terpenes | Residual Solvents | Pesticides
### Research and Development Certificate of Analysis

## Official Test Results for Laboratory Sample # 8091707

| | | | | | |
|---|---|---|---|---|---|
| **Origination:** | Mountain Hi | **UBI #:** | 601410496 | **Inventory #:** | WAJ412446.IN10P34Z |
| **Strain:** | Wedding Cake | **License #:** | 412446 | **QA #:** | WALX.IN114O9I |
| **Type:** | BHO | **Harvest Date:** | Unknown | | |
| **Address:** | 19417 6Xrd Ave Ne | **Date of Receipt:** | 2021-09-20 | **Approved By:** | N. Mosely, CEO |
| | Arlington, WA 9822X | **Date of Testing:** | 2021-09-20 | | S. Stevens, LDR |



### PASS/FAIL

| | |
|---|---|
| **Foreign Matter+Seeds** | *PASS* |
| **Mycotoxins** | NE |
| **Pesticides** | NE |
| **Residual Solvents** | *FAIL* |

### Shelf Stability

| | |
|---|---|
| **Loss-On-Drying** | NE |
| **Water Activity:** | NE |

### Chemical Profile (units in percent by weight)

CANNABINOIDS
NOT E/ AMINED

CANNABINOIDS NOT E/ AMINED

### Terpene Fingerprint (units in percent by weight)

TERPENES NOT E/ AMINED

These testing results are certified by scientific examination of a single sample provided by the Producer:Processor. Confidence Analytics and its agents did not observe or participate in the sample selection process, and cannot confirm the authenticity of the sample or its representativeness of the associated lot:batch. The sample, as received, was homogeni5ed before subsamples were drawn for specific analyses. This report is supplemental to any other reports with the same analytic sample number. Pass:Fail criteria are defined in WAC XI4-\>>-102.

THCmax (a.k.a. Total THC) = d9-THC + ( THC-A * 0.877 )
CBDmax (a.k.a. Total CBD) = CBD + ( CBD-A * 0.877 )
Total Cannabinoid is a raw sum of all measured cannabinoids
In Traceability, Total Cannabinoid is a sum of THCmax and CBDmax
Figures may differ slightly from traceability due to rounding

ND = Not Detected
NE = Not Examined
Unk = Unknown

Analytical Methods Used
Cannabinoids: HPLC-UV
Microbial: Plate Counting
Terpenes: HS-GC-FID
Solvents: HS-GC-MS

Trace Residue: UHPLC-MSMS
Water Activity: HYGROMER®






# Confidence Analytics

**Cannabis Analytics and Research Specialists**

WSLCB License # 0003 | 14797 NE 95th St, Redmond, WA 98052 | (206) 743-8843 | info@conflabs.com

Certified For: Cannabinoids | Microbiologicals | Mycotoxins | Foreign Matter | Moisture | Terpenes | Residual Solvents | Pesticides

**Research and Development Certificate of Analysis**

## Official Test Results for Laboratory Sample # 8091707

| | | | | | |
|---|---|---|---|---|---|
| **Origination:** | Mountain Hi | **UBI #:** | 601410496 | **Inventory #:** | WAJ412446.IN10P34Z |
| **Strain:** | Wedding Cake | **License #:** | 412446 | **QA #:** | WALX.IN114O9I |
| **Type:** | BHO | **Harvest Date:** | Unknown | | |
| **Address:** | 19417 6Xrd Ave Ne | **Date of Receipt:** | 2021-09-20 | **Approved By:** | N. Mosely, CEO |
| | Arlington, WA 9822X | **Date of Testing:** | 2021-09-20 | | S. Stevens, LDR |



## Quantitative Impurities Report

Concentrations of analytes used to determine pass/fail status of individual tests.

\* Greater than lower limit of detection (q LLOD) and less than lower limit of quantification (QLLOZ) . Applies to instances when the analyte has been detected and positively identified, but the concentration is lower than we can accurately quantify. Literally: signal to noise ratio greater than X and signal less than calibration. LLOD is ~0.001 ppm for most analytes, LLOZ is ~0.01 for most analytes. Number shown is lower end of calibration (LLOZ).

\*\* Greater than upper limit of quantification (q ULOZ). Applies to instances when the analyte concentration in the sample is greater than we can accurately measure without additional testing. Number shown is upper end of calibration (ULOZ).

## Findings

### ALKANES

| Analyte | Concentration | Action Level |
|---|---|---|
| Hexane | *19 ppm* | 290 ppm |
| Cyclohexane | *16 ppm* | X880 ppm |
| Butane | *1600 ppm* | >000 ppm |
| Pentane | *32 ppm* | >000 ppm |
| Heptane | Q RL | >000 ppm |
| Propane | Q RL | >000 ppm |

*Reporting Limit (RL) = 10 ppm*

### ALLOWED INGREDIENTS

| Analyte | Concentration |
|---|---|
| Ethanol | Q RL |

*Reporting Limit (RL) = >00 ppm*

MYCOTO/ INS NOT E/ AMINED

### IMPURITIES

| Analytes | Concentration | Action Level |
|---|---|---|
| Acetone | Q RL | >000 ppm |
| Ben5ene | *23 ppm* | 2 ppm |
| Chloroform | Q RL | 2 ppm |
| Dichloromethane | Q RL | 600 ppm |
| Ethyl_Acetate | Q RL | >000 ppm |
| / ylene | Q RL | 2170 ppm |
| Isopropanol | Q RL | >000 ppm |
| Methanol | Q RL | X000 ppm |
| Toluene | Q RL | 890 ppm |

*Reporting Limit (RL) = Half Action Level*

MICROBIOLOGICALS NOT E/ AMINED

These testing results are certified by scientific examination of a single sample provided by the Producer/Processor. Confidence Analytics and its agents did not observe or participate in the sample selection process, and cannot confirm the authenticity of the sample or its representativeness of the associated lot/batch. The sample, as received, was homogeni5ed before subsamples were drawn for specific analyses. This report is supplemental to any other reports with the same analytic sample number.

THCmax (a.k.a. Total THC) = d9-THC + ( THC-A * 0.877 )
CBDmax (a.k.a. Total CBD) = CBD + ( CBD-A * 0.877 )
Total Cannabinoid is a raw sum of all measured cannabinoids
In Traceability, Total Cannabinoid is a sum of THCmax and CBDmax
Figures may differ slightly from traceability due to rounding

ND = Not Detected
NE = Not Examined
Unk = Unknown

Analytical Methods Used
Cannabinoids: HPLC-UV
Microbial: Plate Counting
Terpenes: HS-GC-FID
Solvents: HS-GC-MS

Trace Residue: UHPLC-MSMS
Water Activity: HYGROMER®

**Page 2 of 2**





# Confidence Analytics

**Cannabis Analytics and Research Specialists**

WSLCB License # 0003 | 14797 NE 95th St, Redmond, WA 98052 | (206) 743-8843 | info@conflabs.com

Certified For: Cannabinoids | Microbiologicals | Mycotoxins | Foreign Matter | Moisture | Terpenes | Residual Solvents | Pesticides

## I-502 Certificate of Analysis

## Official Test Results for Laboratory Sample # 8090230

| | | | | | |
|---|---|---|---|---|---|
| **Origination:** | Mountain Hi | **UBI #:** | 601410496 | **Inventory #:** | WAJ412446.IN106YLU |
| **Strain:** | 3ena | **License #:** | 412446 | **QA #:** | WALX.IN10LST/ |
| **Type:** | BHO | **Harvest Date:** | Unknown | | |
| **Address:** | 19417 6Xrd Ave Ne | **Date of Receipt:** | 2021-09-02 | **Approved By:** | N. Mosely, CEO |
| | Arlington, WA 9822X | **Date of Testing:** | 2021-09-04 | | S. Stevens, LDR |



## PASS/FAIL

Foreign Matter+Seeds **PASS**

Mycotoxins **PASS**

Pesticides NE

Residual Solvents *FAIL*

## Shelf Stability

Loss-On-Drying NE

Water Activity: NE

## Chemical Profile (units in percent by weight)

| THC max | | CBD max | | |
|---|---|---|---|---|
| 7w ra. sum: 8w | | 05l3 ra. sum: 05lw | | |
| THCA | 82 | d9-THC | 3l9 | |
| CBDA | 05lw | CBD | 6 D | |
| CBNA | 1l2 | CBN | 05l8 | |
| CBC | 05lG8 | CB6 | 6 D | |
| THCVA | 05l9 | THCV | 6 D | |
| CBDVA | 6 D | CBDV | 6 D | |
| CBT | 6 D | d8-THC | 6 D | Terp total: |
| **Total Cannabinoids (ra. sum: 88** | | | | |

Chemical Profile chart:

- 7/ (d9-THC)
- .1X (CBD)
- 1.X (CBG)
- 068 (CBC)
- .1X (CBN)
- .4X (THCV)

(axis labels: d9-THC, CBD, CBG, CBC, CBN, THCV, d8-THC, CBDV, CBT)

## Terpene Fingerprint (units in percent by weight)

TERPENES NOT E3AMINED

These testing results are certified by scientific examination of a single sample provided by the Producer/Processor. Confidence Analytics and its agents did not observe or participate in the sample selection process, and cannot confirm the authenticity of the sample or its representativeness of the associated lot/batch. The sample, as received, was homogeni5ed before subsamples were drawn for specific analyses. This report is supplemental to any other reports with the same analytic sample number. Pass/Fail criteria are defined in WAC XI4-/-/-102.

THCmax (a.k.a. Total THC) = d9-THC + ( THC-A * 0.877 )
CBDmax (a.k.a. Total CBD) = CBD + ( CBD-A * 0.877 )
Total Cannabinoid is a raw sum of all measured cannabinoids
In Traceability, Total Cannabinoid is a sum of THCmax and CBDmax
Figures may differ slightly from traceability due to rounding

ND = Not Detected
NE = Not Examined
Unk = Unknown

Analytical Methods Used
Cannabinoids: HPLC-UV
Microbial: Plate Counting
Terpenes: HS-GC-FID
Solvents: HS-GC-MS

Trace Residue: UHPLC-MSMS
Water Activity: HYGROMER®






# Confidence Analytics
## Cannabis Analytics and Research Specialists
WSLCB License # 0003 | 14797 NE 95th St, Redmond, WA 98052 | (206) 743-8843 | info@conflabs.com
Certified For: Cannabinoids | Microbiologicals | Mycotoxins | Foreign Matter | Moisture | Terpenes | Residual Solvents | Pesticides
## I-502 Certificate of Analysis

## Official Test Results for Laboratory Sample # 8090230

| | | | | | |
|---|---|---|---|---|---|
| **Origination:** | Mountain Hi | **UBI #:** | 601410496 | **Inventory #:** | WAJ412446.IN106YLU |
| **Strain:** | 3ena | **License #:** | 412446 | **QA #:** | WALX.IN10LST/ |
| **Type:** | BHO | **Harvest Date:** | Unknown | | |
| **Address:** | 19417 6Xrd Ave Ne | **Date of Receipt:** | 2021-09-02 | **Approved By:** | N. Mosely, CEO |
| | Arlington, WA 9822X | **Date of Testing:** | 2021-09-04 | | S. Stevens, LDR |



## Quantitative Impurities Report

Concentrations of analytes used to determine pass/fail status of individual tests.

\* Greater than lower limit of detection (>LLOD) and less than lower limit of quantification (<LLOQ) . Applies to instances when the analyte has been detected and positively identified, but the concentration is lower than we can accurately quantify. Literally: signal to noise ratio greater than X and signal less than calibration. LLOD is ~0.001 ppm for most analytes, LLOQ is ~0.01 for most analytes. Number shown is lower end of calibration (LLOQ).

\*\* Greater than upper limit of quantification (>ULOQ). Applies to instances when the analyte concentration in the sample is greater than we can accurately measure without additional testing. Number shown is upper end of calibration (ULOQ).

## Findings

### ALKA6ES
| Analyte | Concentration | Action Level |
|---|---|---|
| Hexane | **9w ppm** | 290 ppm |
| Cyclohexane | < RL | X880 ppm |
| Butane | **430 ppm** | / 000 ppm |
| Pentane | **37 ppm** | / 000 ppm |
| Heptane | < RL | / 000 ppm |
| Propane | < RL | / 000 ppm |

*Reporting Limit (RL) = 10 ppm*

### ALLOWED I6NREDIE6TS
| Analyte | Concentration |
|---|---|
| Ethanol | < RL |

*Reporting Limit (RL) = / 00 ppm*

### IMPURITIES
| Analytes | Concentration | Action Level |
|---|---|---|
| Acetone | < RL | / 000 ppm |
| Ben5ene | **130 ppm** | 2 ppm |
| Chloroform | < RL | 2 ppm |
| Dichloromethane | < RL | 600 ppm |
| Ethyl_Acetate | < RL | / 000 ppm |
| 3ylene | < RL | 2170 ppm |
| Isopropanol | < RL | X000 ppm |
| Methanol | < RL | X000 ppm |
| Toluene | < RL | 890 ppm |

*Reporting Limit (RL) = Half Action Level*

MICROBIOLOGICALS NOT E3AMINED

### MYCOTOXI6S
| Analyte | Concentration | Action Level* |
|---|---|---|
| Aflatoxin B1 | < LLOQ | 20 ppb |
| Aflatoxin B2 | < LLOQ | 20 ppb |
| Aflatoxin G1 | < LLOQ | 20 ppb |
| Aflatoxin G2 | < LLOQ | 20 ppb |
| Ochratoxin A | < LLOQ | 20 ppb |

*Action Level is Sum of Aflatoxins*

These testing results are certified by scientific examination of a single sample provided by the Producer/Processor. Confidence Analytics and its agents did not observe or participate in the sample selection process, and cannot confirm the authenticity of the sample or its representativeness of the associated lot/batch. The sample, as received, was homogeni5ed before subsamples were drawn for specific analyses. This report is supplemental to any other reports with the same analytic sample number.

THCmax (a.k.a. Total THC) = d9-THC + ( THC-A * 0.877 )
CBDmax (a.k.a. Total CBD) = CBD + ( CBDA * 0.877 )
Total Cannabinoid is a raw sum of all measured cannabinoids
In Traceability, Total Cannabinoid is a sum of THCmax and CBDmax
Figures may differ slightly from traceability due to rounding

ND = Not Detected
NE = Not Examined
Unk = Unknown

Analytical Methods Used
Cannabinoids: HPLC-UV
Microbial: Plate Counting
Terpenes: HS-GC-FID
Solvents: HS-GC-MS

Trace Residue: UHPLC-MSMS
Water Activity: HYGROMER®




- Exhibit B -



**Testing Technologies**
19834 Viking Ave NW Ste A
Suite A Poulsbo, WA 98370

**Mountain Hi LLC**
19417 63rd Ave NE Arlington,
WA 98223

(360) 930-0083

## CERTIFICATE OF ANALYSIS

**Date Received:**
09/10/2021

**Client:**
Mountain Hi LLC

**Sample Type:**
Solvent Based
Extract/Concentrate

**Sample Name:**
S-0137594

**AR-Number:**
R-0105345

**Client ID:**
412446

**UBI Number:**
WSLCB

**Batch Id:**
WAJ412446.BAQMFOK -
WAL7.BAR1R77

**Inventory ID:**
WAJ412446.IN1044TP -
WAL7.IN10TVEX

**Product Name:**
Triple Chocolate Chip

| Test | Results | I-502 Limits | Status | Method |
|---|---|---|---|---|
| Acetone | <25 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| Benzene | 3.1 ppm | 0.0 - 2.0 | | HS-GC/MS |
| n-Butane | 168.0 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| iso-Butane | <35 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| Total Butanes | 168.0 ppm | 0.0 - 5,000.0 | pass | |
| Cyclohexane | <20 ppm | 0.0 - 3,880.0 | pass | HS-GC/FID |
| Chloroform | <0.8 ppm | 0.0 - 2.0 | | HS-GC/MS |
| Dichloromethane | <6 ppm | 0.0 - 600.0 | pass | HS-GC/FID |
| Ethyl acetate | <25 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| Heptanes | <25 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| Hexanes | <5 ppm | 0.0 - 290.0 | pass | HS-GC/FID |
| Isopropanol | <25 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| Methanol | <15 ppm | 0.0 - 3,000.0 | pass | HS-GC/FID |
| Pentanes | <25 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| Propane | <35 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| Toluene | <8 ppm | 0.0 - 890.0 | pass | HS-GC/FID |
| Xylene | <20 ppm | 0.0 - 2,170.0 | pass | HS-GC/FID |

Laboratory ID: 3568-02          Date Tested: 09/12/2021          Published Date: 09/12/2021 20:30:02

**QA Officer:** *Benjamin Hart*

Results only apply to the sample tested and we have no way of verifying it represents the lot.

- Exhibit C -



**Testing Technologies**
19834 Viking Ave NW Ste A
Suite A Poulsbo, WA 98370

**Mountain Hi LLC**
19417 63rd Ave NE Arlington,
WA 98223

## CERTIFICATE OF ANALYSIS

| | Test | Results | I-502 Limits | Status | Method |
|---|---|---|---|---|---|
| | Acetone | <25 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| | Benzene | 3.1 ppm | 0.0 - 2.0 | | HS-GC/MS |
| | n-Butane | 168.0 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| | iso-Butane | <35 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| | Total Butanes | 168.0 ppm | 0.0 - 5,000.0 | pass | |
| | Cyclohexane | <20 ppm | 0.0 - 3,880.0 | pass | HS-GC/FID |
| | Chloroform | <0.8 ppm | 0.0 - 2.0 | | HS-GC/MS |
| | Dichloromethane | <6 ppm | 0.0 - 600.0 | pass | HS-GC/FID |
| | Ethyl acetate | <25 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| | Heptanes | <25 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| | Hexanes | <5 ppm | 0.0 - 290.0 | pass | HS-GC/FID |
| | Isopropanol | <25 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| | Methanol | <15 ppm | 0.0 - 3,000.0 | pass | HS-GC/FID |
| | Pentanes | <25 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| | Propane | <35 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| | Toluene | <8 ppm | 0.0 - 890.0 | pass | HS-GC/FID |
| | Xylene | <20 ppm | 0.0 - 2,170.0 | pass | HS-GC/FID |

**Date Received:**
09/10/2021

**Client:**
Mountain Hi LLC

**Sample Type:**
Solvent Based
Extract/Concentrate

**Sample Name:**
S-0137594

**AR-Number:**
R-0105345

**Client ID:**
412446

**UBI Number:**
WSLCB

**Batch Id:**
WAJ412446.BAQMFOK -
WAL7.BAR1R77

**Inventory ID:**
WAJ412446.IN1044TP -
WAL7.IN10TVEX

**Product Name:**
Triple Chocolate Chip

Laboratory ID: 3568-02          Date Tested: 09/12/2021          Published Date: 09/12/2021 20:30:02

**QA Officer:**  *Benjamin Hart*

Results only apply to the sample tested and we have no way of verifying it represents the lot.



**Testing Technologies**
19834 Viking Ave NW Ste A
Suite A Poulsbo, WA 98370

**Mountain Hi LLC**
19417 63rd Ave NE Arlington,
WA 98223

(360) 930-0083

## CERTIFICATE OF ANALYSIS

**Date Received:**
09/10/2021

**Client:**
Mountain Hi LLC

**Sample Type:**
Solvent Based
Extract/Concentrate

**Sample Name:**
S-0137597

**AR-Number:**
R-0105348

**Client ID:**
412446

**UBI Number:**
WSLCB

**Batch Id:**
WAJ412446.BAQO7PH -
WAL7.BAR1R7D

**Inventory ID:**
WAJ412446.IN106XOW -
WAL7.IN10TVF3

**Product Name:**
White Cadillac

| Test | Results | I-502 Limits | Status | Method |
|------|---------|--------------|--------|--------|
| Acetone | 60.0 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| Benzene | 1.4 ppm | 0.0 - 2.0 | | HS-GC/MS |
| n-Butane | 58.0 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| iso-Butane | <35 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| Total Butanes | <70 ppm | 0.0 - 5,000.0 | pass | |
| Cyclohexane | <20 ppm | 0.0 - 3,880.0 | pass | HS-GC/FID |
| Chloroform | <0.8 ppm | 0.0 - 2.0 | | HS-GC/MS |
| Dichloromethane | <6 ppm | 0.0 - 600.0 | pass | HS-GC/FID |
| Ethyl acetate | <25 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| Heptanes | <25 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| Hexanes | <5 ppm | 0.0 - 290.0 | pass | HS-GC/FID |
| Isopropanol | <25 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| Methanol | <15 ppm | 0.0 - 3,000.0 | pass | HS-GC/FID |
| Pentanes | <25 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| Propane | <35 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| Toluene | <8 ppm | 0.0 - 890.0 | pass | HS-GC/FID |
| Xylene | <20 ppm | 0.0 - 2,170.0 | pass | HS-GC/FID |

Laboratory ID: 3568-02          Date Tested: 09/12/2021          Published Date: 09/12/2021 20:30:15

**QA Officer:** *Benjamin Hart*

Results only apply to the sample tested and we have no way of verifying it represents the lot.



**Testing Technologies**
19834 Viking Ave NW Ste A
Suite A Poulsbo, WA 98370

**Mountain Hi LLC**
19417 63rd Ave NE Arlington,
WA 98223

## CERTIFICATE OF ANALYSIS

| | Test | Results | I-502 Limits | Status | Method |
|---|---|---|---|---|---|
| **Date Received:** 09/10/2021 | Acetone | <25 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| | Benzene | 14.2 ppm | 0.0 - 2.0 | | HS-GC/MS |
| **Client:** Mountain Hi LLC | n-Butane | 372.0 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| | iso-Butane | <35 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| **Sample Type:** Solvent Based Extract/Concentrate | Total Butanes | 372.0 ppm | 0.0 - 5,000.0 | pass | |
| | Cyclohexane | 29.0 ppm | 0.0 - 3,880.0 | pass | HS-GC/FID |
| | Chloroform | <0.8 ppm | 0.0 - 2.0 | | HS-GC/MS |
| **Sample Name:** S-0137588 | Dichloromethane | <6 ppm | 0.0 - 600.0 | pass | HS-GC/FID |
| | Ethyl acetate | <25 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| **AR-Number:** R-0105339 | Heptanes | <25 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| | Hexanes | 14.0 ppm | 0.0 - 290.0 | pass | HS-GC/FID |
| **Client ID:** 412446 | Isopropanol | 38.0 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| | Methanol | <15 ppm | 0.0 - 3,000.0 | pass | HS-GC/FID |
| **UBI Number:** WSLCB | Pentanes | <25 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| | Propane | <35 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| **Batch Id:** WAJ412446.BAQO7UD - WAL7.BAR1R6W | Toluene | 26.0 ppm | 0.0 - 890.0 | pass | HS-GC/FID |
| | Xylene | 25.0 ppm | 0.0 - 2,170.0 | pass | HS-GC/FID |

**Inventory ID:**
WAJ412446.IN10TL4A -
WAL7.IN10TVEM

**Product Name:**
Jungle Punch

Laboratory ID: 3568-02      Date Tested: 09/12/2021      Published Date: 09/12/2021 20:29:38

**QA Officer:** *Benjamin Hart*

Results only apply to the sample tested and we have no way of verifying it represents the lot.



**Testing Technologies**
19834 Viking Ave NW Ste A
Suite A Poulsbo, WA 98370

**Mountain Hi LLC**
19417 63rd Ave NE Arlington,
WA 98223

(360) 930-0083

## CERTIFICATE OF ANALYSIS

**Date Received:**
09/10/2021

**Client:**
Mountain Hi LLC

**Sample Type:**
Solvent Based
Extract/Concentrate

**Sample Name:**
S-0137596

**AR-Number:**
R-0105347

**Client ID:**
412446

**UBI Number:**
WSLCB

**Batch Id:**
WAJ412446.BAQO8KF -
WAL7.BAR1R7B

**Inventory ID:**
WAJ412446.IN10TL3G -
WAL7.IN10TVF1

**Product Name:**
White Amnesia

| Test | Results | I-502 Limits | Status | Method |
|---|---|---|---|---|
| Acetone | 41.0 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| Benzene | 7.3 ppm | 0.0 - 2.0 | | HS-GC/MS |
| n-Butane | 1266.0 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| iso-Butane | <35 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| Total Butanes | 1266.0 ppm | 0.0 - 5,000.0 | pass | |
| Cyclohexane | 25.0 ppm | 0.0 - 3,880.0 | pass | HS-GC/FID |
| Chloroform | <0.8 ppm | 0.0 - 2.0 | | HS-GC/MS |
| Dichloromethane | <6 ppm | 0.0 - 600.0 | pass | HS-GC/FID |
| Ethyl acetate | <25 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| Heptanes | <25 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| Hexanes | 21.0 ppm | 0.0 - 290.0 | pass | HS-GC/FID |
| Isopropanol | 47.0 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| Methanol | <15 ppm | 0.0 - 3,000.0 | pass | HS-GC/FID |
| Pentanes | <25 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| Propane | <35 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| Toluene | <8 ppm | 0.0 - 890.0 | pass | HS-GC/FID |
| Xylene | <20 ppm | 0.0 - 2,170.0 | pass | HS-GC/FID |

Laboratory ID: 3568-02          Date Tested: 09/12/2021          Published Date: 09/12/2021 20:30:11

**QA Officer:** *Benjamin Hart*

Results only apply to the sample tested and we have no way of verifying it represents the lot.



**Testing Technologies**

19834 Viking Ave NW Ste A
Suite A Poulsbo, WA 98370

**Mountain Hi LLC**

19417 63rd Ave NE Arlington,
WA 98223

(360) 930-0083

## CERTIFICATE OF ANALYSIS

**Date Received:**
09/10/2021

**Client:**
Mountain Hi LLC

**Sample Type:**
Solvent Based
Extract/Concentrate

**Sample Name:**
S-0137595

**AR-Number:**
R-0105346

**Client ID:**
412446

**UBI Number:**
WSLCB

**Batch Id:**
WAJ412446.BAQO910 -
WAL7.BAR1R79

**Inventory ID:**
WAJ412446.IN10TL24 -
WAL7.IN10TVEY

**Product Name:**
Wedding Pie

| Test | Results | I-502 Limits | Status | Method |
|------|---------|--------------|--------|--------|
| Acetone | <25 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| Benzene | 2.4 ppm | 0.0 - 2.0 | | HS-GC/MS |
| n-Butane | 154.0 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| iso-Butane | <35 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| Total Butanes | 154.0 ppm | 0.0 - 5,000.0 | pass | |
| Cyclohexane | <20 ppm | 0.0 - 3,880.0 | pass | HS-GC/FID |
| Chloroform | <0.8 ppm | 0.0 - 2.0 | | HS-GC/MS |
| Dichloromethane | <6 ppm | 0.0 - 600.0 | pass | HS-GC/FID |
| Ethyl acetate | <25 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| Heptanes | <25 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| Hexanes | <5 ppm | 0.0 - 290.0 | pass | HS-GC/FID |
| Isopropanol | <25 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| Methanol | <15 ppm | 0.0 - 3,000.0 | pass | HS-GC/FID |
| Pentanes | <25 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| Propane | <35 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| Toluene | <8 ppm | 0.0 - 890.0 | pass | HS-GC/FID |
| Xylene | <20 ppm | 0.0 - 2,170.0 | pass | HS-GC/FID |

Laboratory ID: 3568-02          Date Tested: 09/12/2021          Published Date: 09/12/2021 20:30:07

**QA Officer:** *Benjamin Hart*

Results only apply to the sample tested and we have no way of verifying it represents the lot.

Page 1 / 1



**Testing Technologies**
19834 Viking Ave NW Ste A
Suite A Poulsbo, WA 98370
**Mountain Hi LLC**
19417 63rd Ave NE Arlington,
WA 98223

(360) 930-0083

## CERTIFICATE OF ANALYSIS

| | Test | Results | I-502 Limits | Status | Method |
|---|---|---|---|---|---|
| **Date Received:** 09/17/2021 | Acetone | <25 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| | Benzene | 17.4 ppm | 0.0 - 2.0 | | HS-GC/MS |
| **Client:** Mountain Hi LLC | n-Butane | 592.0 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| | iso-Butane | <35 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| **Sample Type:** Solvent Based Extract/Concentrate | Total Butanes | 592.0 ppm | 0.0 - 5,000.0 | pass | |
| | Cyclohexane | <20 ppm | 0.0 - 3,880.0 | pass | HS-GC/FID |
| | Chloroform | <0.8 ppm | 0.0 - 2.0 | | HS-GC/MS |
| **Sample Name:** S-0138167 | Dichloromethane | <6 ppm | 0.0 - 600.0 | pass | HS-GC/FID |
| | Ethyl acetate | <25 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| **AR-Number:** R-0105918 | Heptanes | <25 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| | Hexanes | 15.0 ppm | 0.0 - 290.0 | pass | HS-GC/FID |
| **Client ID:** 412446 | Isopropanol | 37.0 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| | Methanol | <15 ppm | 0.0 - 3,000.0 | pass | HS-GC/FID |
| **UBI Number:** WSLCB | Pentanes | <25 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| | Propane | <35 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| **Batch Id:** WAJ412446.BAQP922 - WAL7.BAR6G8N | Toluene | 14.0 ppm | 0.0 - 890.0 | pass | HS-GC/FID |
| | Xylene | 23.0 ppm | 0.0 - 2,170.0 | pass | HS-GC/FID |
| **Inventory ID:** WAJ412446.IN1096TC - WAL7.IN111H52 | | | | | |
| **Product Name:** Meathead | | | | | |

Laboratory ID: 3568-02          Date Tested: 09/19/2021          Published Date: 09/20/2021 16:29:30

**QA Officer:** *Benjamin Hart*

Results only apply to the sample tested and we have no way of verifying it represents the lot.



**Testing Technologies**
19834 Viking Ave NW Ste A
Suite A Poulsbo, WA 98370

**Mountain Hi LLC**
19417 63rd Ave NE Arlington,
WA 98223

(360) 930-0083

## CERTIFICATE OF ANALYSIS

**Date Received:**
09/10/2021

**Client:**
Mountain Hi LLC

**Sample Type:**
Solvent Based
Extract/Concentrate

**Sample Name:**
S-0137587

**AR-Number:**
R-0105338

**Client ID:**
412446

**UBI Number:**
WSLCB

**Batch Id:**
WAJ412446.BAQQS71 -
WAL7.BAR1R6V

**Inventory ID:**
WAJ412446.IN10TL2M -
WAL7.IN10TVEL

**Product Name:**
Jack's Cake

| Test | Results | I-502 Limits | Status | Method |
|------|---------|--------------|--------|--------|
| Acetone | 34.0 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| Benzene | 33.0 ppm | 0.0 - 2.0 | | HS-GC/MS |
| n-Butane | 2427.0 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| iso-Butane | <35 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| Total Butanes | 2427.0 ppm | 0.0 - 5,000.0 | pass | |
| Cyclohexane | 46.0 ppm | 0.0 - 3,880.0 | pass | HS-GC/FID |
| Chloroform | <0.8 ppm | 0.0 - 2.0 | | HS-GC/MS |
| Dichloromethane | <6 ppm | 0.0 - 600.0 | pass | HS-GC/FID |
| Ethyl acetate | <25 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| Heptanes | <25 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| Hexanes | 55.0 ppm | 0.0 - 290.0 | pass | HS-GC/FID |
| Isopropanol | 104.0 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| Methanol | <15 ppm | 0.0 - 3,000.0 | pass | HS-GC/FID |
| Pentanes | 79.0 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| Propane | <35 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| Toluene | 13.0 ppm | 0.0 - 890.0 | pass | HS-GC/FID |
| Xylene | <20 ppm | 0.0 - 2,170.0 | pass | HS-GC/FID |

Laboratory ID: 3568-02          Date Tested: 09/12/2021          Published Date: 09/12/2021 20:29:34

**QA Officer:** *Benjamin Hart*

Results only apply to the sample tested and we have no way of verifying it represents the lot.



**Testing Technologies**

19834 Viking Ave NW Ste A

Suite A Poulsbo, WA 98370

**Mountain Hi LLC**

19417 63rd Ave NE Arlington, WA 98223

(360) 930-0083

## CERTIFICATE OF ANALYSIS

**Date Received:**
09/17/2021

**Client:**
Mountain Hi LLC

**Sample Type:**
Solvent Based Extract/Concentrate

**Sample Name:**
S-0138165

**AR-Number:**
R-0105916

**Client ID:**
412446

**UBI Number:**
WSLCB

**Batch Id:**
WAJ412446.BAQTLRQ - WAL7.BAR6G8L

**Inventory ID:**
WAJ412446.IN10GX7N - WAL7.IN111H50

**Product Name:**
Jelly Rancher

| Test | Results | I-502 Limits | Status | Method |
|------|---------|--------------|--------|--------|
| Acetone | <25 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| Benzene | 7.3 ppm | 0.0 - 2.0 | | HS-GC/MS |
| n-Butane | 173.0 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| iso-Butane | <35 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| Total Butanes | 173.0 ppm | 0.0 - 5,000.0 | pass | |
| Cyclohexane | <20 ppm | 0.0 - 3,880.0 | pass | HS-GC/FID |
| Chloroform | <0.8 ppm | 0.0 - 2.0 | | HS-GC/MS |
| Dichloromethane | <6 ppm | 0.0 - 600.0 | pass | HS-GC/FID |
| Ethyl acetate | <25 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| Heptanes | <25 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| Hexanes | <5 ppm | 0.0 - 290.0 | pass | HS-GC/FID |
| Isopropanol | <25 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| Methanol | <15 ppm | 0.0 - 3,000.0 | pass | HS-GC/FID |
| Pentanes | <25 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| Propane | <35 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| Toluene | 8.0 ppm | 0.0 - 890.0 | pass | HS-GC/FID |
| Xylene | 22.0 ppm | 0.0 - 2,170.0 | pass | HS-GC/FID |

Laboratory ID: 3568-02          Date Tested: 09/19/2021          Published Date: 09/20/2021 16:29:22

**QA Officer:** *Benjamin Hart*

Results only apply to the sample tested and we have no way of verifying it represents the lot.



**Testing Technologies**
19834 Viking Ave NW Ste A
Suite A Poulsbo, WA 98370
**Mountain Hi LLC**
19417 63rd Ave NE Arlington,
WA 98223

(360) 930-0083

## CERTIFICATE OF ANALYSIS

| | Test | Results | I-502 Limits | Status | Method |
|---|---|---|---|---|---|
| **Date Received:**<br>09/17/2021 | Acetone | <25 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| | Benzene | 13.0 ppm | 0.0 - 2.0 | | HS-GC/MS |
| **Client:**<br>Mountain Hi LLC | n-Butane | 719.0 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| | iso-Butane | <35 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| **Sample Type:**<br>Solvent Based<br>Extract/Concentrate | Total Butanes | 719.0 ppm | 0.0 - 5,000.0 | pass | |
| | Cyclohexane | <20 ppm | 0.0 - 3,880.0 | pass | HS-GC/FID |
| | Chloroform | <0.8 ppm | 0.0 - 2.0 | | HS-GC/MS |
| **Sample Name:**<br>S-0138161 | Dichloromethane | <6 ppm | 0.0 - 600.0 | pass | HS-GC/FID |
| **AR-Number:**<br>R-0105912 | Ethyl acetate | <25 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| | Heptanes | <25 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| **Client ID:**<br>412446 | Hexanes | 13.0 ppm | 0.0 - 290.0 | pass | HS-GC/FID |
| | Isopropanol | 31.0 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| **UBI Number:**<br>**WSLCB** | Methanol | <15 ppm | 0.0 - 3,000.0 | pass | HS-GC/FID |
| | Pentanes | <25 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| **Batch Id:**<br>WAJ412446.BAQTP00 -<br>WAL7.BAR6G8H | Propane | <35 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| | Toluene | 11.0 ppm | 0.0 - 890.0 | pass | HS-GC/FID |
| **Inventory ID:**<br>WAJ412446.IN10H25L -<br>WAL7.IN111H4W | Xylene | 20.0 ppm | 0.0 - 2,170.0 | pass | HS-GC/FID |
| **Product Name:**<br>Chucolate Chunk | | | | | |

Laboratory ID: 3568-02          Date Tested: 09/19/2021          Published Date: 09/20/2021 16:29:05

**QA Officer:**   *Benjamin Hart*

Results only apply to the sample tested and we have no way of verifying it represents the lot.



**Testing Technologies**
19834 Viking Ave NW Ste A
Suite A Poulsbo, WA 98370
**Mountain Hi LLC**
19417 63rd Ave NE Arlington, WA 98223

(360) 930-0083

## CERTIFICATE OF ANALYSIS

| | Test | Results | I-502 Limits | Status | Method |
|---|---|---|---|---|---|
| **Date Received:**<br>09/17/2021 | Acetone | <25 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| | Benzene | 22.7 ppm | 0.0 - 2.0 | | HS-GC/MS |
| **Client:**<br>Mountain Hi LLC | n-Butane | 1131.0 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| | iso-Butane | <35 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| **Sample Type:** | Total Butanes | 1131.0 ppm | 0.0 - 5,000.0 | pass | |
| Solvent Based<br>Extract/Concentrate | Cyclohexane | <20 ppm | 0.0 - 3,880.0 | pass | HS-GC/FID |
| | Chloroform | <0.8 ppm | 0.0 - 2.0 | | HS-GC/MS |
| **Sample Name:** | Dichloromethane | <6 ppm | 0.0 - 600.0 | pass | HS-GC/FID |
| S-0138169 | Ethyl acetate | <25 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| **AR-Number:** | Heptanes | <25 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| R-0105920 | Hexanes | 23.0 ppm | 0.0 - 290.0 | pass | HS-GC/FID |
| **Client ID:** | Isopropanol | 35.0 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| 412446 | Methanol | <15 ppm | 0.0 - 3,000.0 | pass | HS-GC/FID |
| **UBI Number:** | Pentanes | 30.0 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| **WSLCB** | Propane | <35 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| **Batch Id:** | Toluene | 12.0 ppm | 0.0 - 890.0 | pass | HS-GC/FID |
| WAJ412446.BAQTRB6 -<br>WAL7.BAR6G8P | Xylene | 28.0 ppm | 0.0 - 2,170.0 | pass | HS-GC/FID |
| **Inventory ID:**<br>WAJ412446.IN10H5NG -<br>WAL7.IN111H54 | | | | | |
| **Product Name:**<br>OG Kush | | | | | |

Laboratory ID: 3568-02          Date Tested: 09/19/2021          Published Date: 09/20/2021 16:29:38

**QA Officer:** *Benjamin Hart*

Results only apply to the sample tested and we have no way of verifying it represents the lot.



**Testing Technologies**
19834 Viking Ave NW Ste A
Suite A Poulsbo, WA 98370
**Mountain Hi LLC**
19417 63rd Ave NE Arlington,
WA 98223

(360) 930-0083

## CERTIFICATE OF ANALYSIS

| | Test | Results | I-502 Limits | Status | Method |
|---|---|---|---|---|---|
| **Date Received:** 09/17/2021 | Acetone | <25 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| | Benzene | 7.4 ppm | 0.0 - 2.0 | | HS-GC/MS |
| **Client:** Mountain Hi LLC | n-Butane | 200.0 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| | iso-Butane | <35 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| **Sample Type:** | Total Butanes | 200.0 ppm | 0.0 - 5,000.0 | pass | |
| Solvent Based Extract/Concentrate | Cyclohexane | <20 ppm | 0.0 - 3,880.0 | pass | HS-GC/FID |
| | Chloroform | <0.8 ppm | 0.0 - 2.0 | | HS-GC/MS |
| **Sample Name:** | Dichloromethane | <6 ppm | 0.0 - 600.0 | pass | HS-GC/FID |
| S-0138171 | Ethyl acetate | <25 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| **AR-Number:** | Heptanes | <25 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| R-0105922 | Hexanes | <5 ppm | 0.0 - 290.0 | pass | HS-GC/FID |
| **Client ID:** | Isopropanol | <25 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| 412446 | Methanol | <15 ppm | 0.0 - 3,000.0 | pass | HS-GC/FID |
| **UBI Number:** | Pentanes | <25 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| **WSLCB** | Propane | <35 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| **Batch Id:** | Toluene | 8.0 ppm | 0.0 - 890.0 | pass | HS-GC/FID |
| WAJ412446.BAQTRP0 - WAL7.BAR6G8A | Xylene | 30.0 ppm | 0.0 - 2,170.0 | pass | HS-GC/FID |
| **Inventory ID:** WAJ412446.IN10H66U - WAL7.IN111H4O | | | | | |
| **Product Name:** Banana Kush | | | | | |

Laboratory ID: 3568-02          Date Tested: 09/19/2021          Published Date: 09/20/2021 16:29:46

**QA Officer:** *Benjamin Hart*

Results only apply to the sample tested and we have no way of verifying it represents the lot.



**Testing Technologies**

19834 Viking Ave NW Ste A

Suite A Poulsbo, WA 98370

**Mountain Hi LLC**

19417 63rd Ave NE Arlington, WA 98223

(360) 930-0083

## CERTIFICATE OF ANALYSIS

| | Test | Results | I-502 Limits | Status | Method |
|---|---|---|---|---|---|
| **Date Received:** 09/17/2021 | Acetone | <25 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| | Benzene | 3.6 ppm | 0.0 - 2.0 | | HS-GC/MS |
| **Client:** Mountain Hi LLC | n-Butane | 119.0 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| | iso-Butane | <35 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| **Sample Type:** Solvent Based Extract/Concentrate | Total Butanes | 119.0 ppm | 0.0 - 5,000.0 | pass | |
| | Cyclohexane | <20 ppm | 0.0 - 3,880.0 | pass | HS-GC/FID |
| | Chloroform | <0.8 ppm | 0.0 - 2.0 | | HS-GC/MS |
| **Sample Name:** S-0138162 | Dichloromethane | <6 ppm | 0.0 - 600.0 | pass | HS-GC/FID |
| | Ethyl acetate | <25 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| **AR-Number:** R-0105913 | Heptanes | <25 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| | Hexanes | <5 ppm | 0.0 - 290.0 | pass | HS-GC/FID |
| **Client ID:** 412446 | Isopropanol | <25 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| | Methanol | <15 ppm | 0.0 - 3,000.0 | pass | HS-GC/FID |
| **UBI Number:** WSLCB | Pentanes | <25 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| | Propane | <35 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| **Batch Id:** WAJ412446.BAQU0VW - WAL7.BAR6G8I | Toluene | 8.0 ppm | 0.0 - 890.0 | pass | HS-GC/FID |
| | Xylene | 30.0 ppm | 0.0 - 2,170.0 | pass | HS-GC/FID |
| **Inventory ID:** WAJ412446.IN10HJD8 - WAL7.IN111H4X | | | | | |
| **Product Name:** Cookie Monster | | | | | |

Laboratory ID: 3568-02     Date Tested: 09/19/2021     Published Date: 09/20/2021 16:29:09

**QA Officer:** *Benjamin Hart*

Results only apply to the sample tested and we have no way of verifying it represents the lot.



**Testing Technologies**

19834 Viking Ave NW Ste A

Suite A Poulsbo, WA 98370

**Mountain Hi LLC**

19417 63rd Ave NE Arlington,
WA 98223

(360) 930-0083

## CERTIFICATE OF ANALYSIS

**Date Received:**
09/17/2021

**Client:**
Mountain Hi LLC

**Sample Type:**
Solvent Based
Extract/Concentrate

**Sample Name:**
S-0138170

**AR-Number:**
R-0105921

**Client ID:**
412446

**UBI Number:**
WSLCB

**Batch Id:**
WAJ412446.BAQYVWC -
WAL7.BAR6G8Q

**Inventory ID:**
WAJ412446.IN10PT1O -
WAL7.IN111H55

**Product Name:**
Orange Cake

| Test | Results | I-502 Limits | Status | Method |
|---|---|---|---|---|
| Acetone | <25 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| Benzene | 49.1 ppm | 0.0 - 2.0 | | HS-GC/MS |
| n-Butane | 1833.0 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| iso-Butane | <35 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| Total Butanes | 1833.0 ppm | 0.0 - 5,000.0 | pass | |
| Cyclohexane | <20 ppm | 0.0 - 3,880.0 | pass | HS-GC/FID |
| Chloroform | <0.8 ppm | 0.0 - 2.0 | | HS-GC/MS |
| Dichloromethane | <6 ppm | 0.0 - 600.0 | pass | HS-GC/FID |
| Ethyl acetate | <25 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| Heptanes | <25 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| Hexanes | 42.0 ppm | 0.0 - 290.0 | pass | HS-GC/FID |
| Isopropanol | 56.0 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| Methanol | <15 ppm | 0.0 - 3,000.0 | pass | HS-GC/FID |
| Pentanes | 43.0 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| Propane | <35 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| Toluene | 22.0 ppm | 0.0 - 890.0 | pass | HS-GC/FID |
| Xylene | 46.0 ppm | 0.0 - 2,170.0 | pass | HS-GC/FID |

Laboratory ID: 3568-02          Date Tested: 09/19/2021          Published Date: 09/20/2021 16:29:42

**QA Officer:** *Benjamin Hart*

Results only apply to the sample tested and we have no way of verifying it represents the lot.

Page 1 / 1



**Testing Technologies**

19834 Viking Ave NW Ste A
Suite A Poulsbo, WA 98370

**Mountain Hi LLC**

19417 63rd Ave NE Arlington,
WA 98223

## CERTIFICATE OF ANALYSIS

**Date Received:**
09/17/2021

**Client:**
Mountain Hi LLC

**Sample Type:**
Solvent Based
Extract/Concentrate

**Sample Name:**
S-0138174

**AR-Number:**
R-0105925

**Client ID:**
412446

**UBI Number:**
WSLCB

**Batch Id:**
WAJ412446.BAQYYRK -
WAL7.BAR6G8E

**Inventory ID:**
WAJ412446.IN10PWL3 -
WAL7.IN111H4T

**Product Name:**
Chemical Romance

| Test | Results | I-502 Limits | Status | Method |
|---|---|---|---|---|
| Acetone | <25 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| Benzene | 39.5 ppm | 0.0 - 2.0 | | HS-GC/MS |
| n-Butane | 527.0 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| iso-Butane | <35 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| Total Butanes | 527.0 ppm | 0.0 - 5,000.0 | pass | |
| Cyclohexane | <20 ppm | 0.0 - 3,880.0 | pass | HS-GC/FID |
| Chloroform | <0.8 ppm | 0.0 - 2.0 | | HS-GC/MS |
| Dichloromethane | <6 ppm | 0.0 - 600.0 | pass | HS-GC/FID |
| Ethyl acetate | <25 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| Heptanes | <25 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| Hexanes | 26.0 ppm | 0.0 - 290.0 | pass | HS-GC/FID |
| Isopropanol | 43.0 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| Methanol | <15 ppm | 0.0 - 3,000.0 | pass | HS-GC/FID |
| Pentanes | <25 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| Propane | <35 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| Toluene | 19.0 ppm | 0.0 - 890.0 | pass | HS-GC/FID |
| Xylene | 28.0 ppm | 0.0 - 2,170.0 | pass | HS-GC/FID |

Laboratory ID: 3568-02          Date Tested: 09/19/2021          Published Date: 09/20/2021 16:29:58

**QA Officer:** *Benjamin Hart*

Results only apply to the sample tested and we have no way of verifying it represents the lot.



**Testing Technologies**
19834 Viking Ave NW Ste A
Suite A Poulsbo, WA 98370
**Mountain Hi LLC**
19417 63rd Ave NE Arlington,
WA 98223

(360) 930-0083

## CERTIFICATE OF ANALYSIS

**Date Received:**
09/17/2021

**Client:**
Mountain Hi LLC

**Sample Type:**
Solvent Based
Extract/Concentrate

**Sample Name:**
S-0138173

**AR-Number:**
R-0105924

**Client ID:**
412446

**UBI Number:**
WSLCB

**Batch Id:**
WAJ412446.BAQYZCY -
WAL7.BAR6G8D

**Inventory ID:**
WAJ412446.IN10PXL6 -
WAL7.IN111H4S

**Product Name:**
Black Russian

| Test | Results | I-502 Limits | Status | Method |
|---|---|---|---|---|
| Acetone | <25 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| Benzene | 12.7 ppm | 0.0 - 2.0 | | HS-GC/MS |
| n-Butane | 341.0 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| iso-Butane | <35 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| Total Butanes | 341.0 ppm | 0.0 - 5,000.0 | pass | |
| Cyclohexane | <20 ppm | 0.0 - 3,880.0 | pass | HS-GC/FID |
| Chloroform | <0.8 ppm | 0.0 - 2.0 | | HS-GC/MS |
| Dichloromethane | <6 ppm | 0.0 - 600.0 | pass | HS-GC/FID |
| Ethyl acetate | <25 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| Heptanes | <25 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| Hexanes | 12.0 ppm | 0.0 - 290.0 | pass | HS-GC/FID |
| Isopropanol | 33.0 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| Methanol | <15 ppm | 0.0 - 3,000.0 | pass | HS-GC/FID |
| Pentanes | <25 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| Propane | <35 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| Toluene | 13.0 ppm | 0.0 - 890.0 | pass | HS-GC/FID |
| Xylene | 55.0 ppm | 0.0 - 2,170.0 | pass | HS-GC/FID |

Laboratory ID: 3568-02          Date Tested: 09/19/2021          Published Date: 09/20/2021 16:29:54

**QA Officer:** *Benjamin Hart*

Results only apply to the sample tested and we have no way of verifying it represents the lot.



**Testing Technologies**

19834 Viking Ave NW Ste A

Suite A Poulsbo, WA 98370

**Mountain Hi LLC**

19417 63rd Ave NE Arlington, WA 98223

(360) 930-0083

## CERTIFICATE OF ANALYSIS

**Date Received:**
09/17/2021

**Client:**
Mountain Hi LLC

**Sample Type:**
Solvent Based Extract/Concentrate

**Sample Name:**
S-0138176

**AR-Number:**
R-0105927

**Client ID:**
412446

**UBI Number:**
WSLCB

**Batch Id:**
WAJ412446.BAQZVXT - WAL7.BAR6G8G

**Inventory ID:**
WAJ412446.IN10RCYE - WAL7.IN111H4V

**Product Name:**
Cherry Charms

| Test | Results | I-502 Limits | Status | Method |
|------|---------|--------------|--------|--------|
| Acetone | <25 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| Benzene | 11.7 ppm | 0.0 - 2.0 | | HS-GC/MS |
| n-Butane | 111.0 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| iso-Butane | <35 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| Total Butanes | 111.0 ppm | 0.0 - 5,000.0 | pass | |
| Cyclohexane | <20 ppm | 0.0 - 3,880.0 | pass | HS-GC/FID |
| Chloroform | <0.8 ppm | 0.0 - 2.0 | | HS-GC/MS |
| Dichloromethane | <6 ppm | 0.0 - 600.0 | pass | HS-GC/FID |
| Ethyl acetate | <25 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| Heptanes | <25 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| Hexanes | 8.0 ppm | 0.0 - 290.0 | pass | HS-GC/FID |
| Isopropanol | 25.0 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| Methanol | <15 ppm | 0.0 - 3,000.0 | pass | HS-GC/FID |
| Pentanes | <25 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| Propane | <35 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| Toluene | 13.0 ppm | 0.0 - 890.0 | pass | HS-GC/FID |
| Xylene | 23.0 ppm | 0.0 - 2,170.0 | pass | HS-GC/FID |

Laboratory ID: 3568-02          Date Tested: 09/19/2021          Published Date: 09/20/2021 16:30:05

**QA Officer:** *Benjamin Hart*

Results only apply to the sample tested and we have no way of verifying it represents the lot.



**Testing Technologies**

19834 Viking Ave NW Ste A

Suite A Poulsbo, WA 98370

**Mountain Hi LLC**

19417 63rd Ave NE Arlington, WA 98223

(360) 930-0083

## CERTIFICATE OF ANALYSIS

| | Test | Results | I-502 Limits | Status | Method |
|---|---|---|---|---|---|
| **Date Received:** 09/17/2021 | Acetone | <25 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| | Benzene | 78.1 ppm | 0.0 - 2.0 | | HS-GC/MS |
| **Client:** Mountain Hi LLC | n-Butane | 885.0 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| | iso-Butane | <35 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| **Sample Type:** Solvent Based Extract/Concentrate | Total Butanes | 885.0 ppm | 0.0 - 5,000.0 | pass | |
| | Cyclohexane | <20 ppm | 0.0 - 3,880.0 | pass | HS-GC/FID |
| | Chloroform | <0.8 ppm | 0.0 - 2.0 | | HS-GC/MS |
| **Sample Name:** S-0138172 | Dichloromethane | <6 ppm | 0.0 - 600.0 | pass | HS-GC/FID |
| | Ethyl acetate | <25 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| **AR-Number:** R-0105923 | Heptanes | 41.0 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| | Hexanes | 86.0 ppm | 0.0 - 290.0 | pass | HS-GC/FID |
| **Client ID:** 412446 | Isopropanol | 60.0 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| | Methanol | <15 ppm | 0.0 - 3,000.0 | pass | HS-GC/FID |
| **UBI Number:** **WSLCB** | Pentanes | 52.0 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| | Propane | <35 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| **Batch Id:** WAJ412446.BAR0U1K - WAL7.BAR6G8B | Toluene | 56.0 ppm | 0.0 - 890.0 | pass | HS-GC/FID |
| | Xylene | 33.0 ppm | 0.0 - 2,170.0 | pass | HS-GC/FID |
| **Inventory ID:** WAJ412446.IN10SL5B - WAL7.IN111H4Q | | | | | |
| **Product Name:** Berry Mac | | | | | |

Laboratory ID: 3568-02          Date Tested: 09/19/2021          Published Date: 09/20/2021 16:29:50

**QA Officer:** *Benjamin Hart*

Results only apply to the sample tested and we have no way of verifying it represents the lot.



**Testing Technologies**

19834 Viking Ave NW Ste A

Suite A Poulsbo, WA 98370

**Mountain Hi LLC**

19417 63rd Ave NE Arlington,
WA 98223

(360) 930-0083

## CERTIFICATE OF ANALYSIS

**Date Received:**
09/17/2021

**Client:**
Mountain Hi LLC

**Sample Type:**
Solvent Based
Extract/Concentrate

**Sample Name:**
S-0138163

**AR-Number:**
R-0105914

**Client ID:**
412446

**UBI Number:**
WSLCB

**Batch Id:**
WAJ412446.BAR0XKG -
WAL7.BAR6G8J

**Inventory ID:**
WAJ412446.IN10SQ9E -
WAL7.IN111H4Y

**Product Name:**
Goldie

| Test | Results | I-502 Limits | Status | Method |
|---|---|---|---|---|
| Acetone | <25 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| Benzene | 31.8 ppm | 0.0 - 2.0 | | HS-GC/MS |
| n-Butane | 432.0 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| iso-Butane | <35 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| Total Butanes | 432.0 ppm | 0.0 - 5,000.0 | pass | |
| Cyclohexane | <20 ppm | 0.0 - 3,880.0 | pass | HS-GC/FID |
| Chloroform | <0.8 ppm | 0.0 - 2.0 | | HS-GC/MS |
| Dichloromethane | <6 ppm | 0.0 - 600.0 | pass | HS-GC/FID |
| Ethyl acetate | <25 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| Heptanes | <25 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| Hexanes | 26.0 ppm | 0.0 - 290.0 | pass | HS-GC/FID |
| Isopropanol | 38.0 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| Methanol | <15 ppm | 0.0 - 3,000.0 | pass | HS-GC/FID |
| Pentanes | <25 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| Propane | <35 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| Toluene | 18.0 ppm | 0.0 - 890.0 | pass | HS-GC/FID |
| Xylene | 32.0 ppm | 0.0 - 2,170.0 | pass | HS-GC/FID |

Laboratory ID: 3568-02          Date Tested: 09/19/2021          Published Date: 09/20/2021 16:29:13

**QA Officer:** *Benjamin Hart*

Results only apply to the sample tested and we have no way of verifying it represents the lot.



**Testing Technologies**

19834 Viking Ave NW Ste A

Suite A Poulsbo, WA 98370

**Mountain Hi LLC**

19417 63rd Ave NE Arlington, WA 98223

(360) 930-0083

## CERTIFICATE OF ANALYSIS

**Date Received:**
09/17/2021

**Client:**
Mountain Hi LLC

**Sample Type:**
Solvent Based Extract/Concentrate

**Sample Name:**
S-0138164

**AR-Number:**
R-0105915

**Client ID:**
412446

**UBI Number:**
WSLCB

**Batch Id:**
WAJ412446.BAR0XKG - WAL7.BAR6G8K

**Inventory ID:**
WAJ412446.IN111FDA - WAL7.IN111H4Z

**Product Name:**
Goldie

| Test | Results | I-502 Limits | Status | Method |
|------|---------|--------------|--------|--------|
| Acetone | 60.0 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| Benzene | 129.3 ppm | 0.0 - 2.0 | | HS-GC/MS |
| n-Butane | 1903.0 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| iso-Butane | <35 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| Total Butanes | 1903.0 ppm | 0.0 - 5,000.0 | pass | |
| Cyclohexane | <20 ppm | 0.0 - 3,880.0 | pass | HS-GC/FID |
| Chloroform | <0.8 ppm | 0.0 - 2.0 | | HS-GC/MS |
| Dichloromethane | <6 ppm | 0.0 - 600.0 | pass | HS-GC/FID |
| Ethyl acetate | <25 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| Heptanes | 34.0 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| Hexanes | 117.0 ppm | 0.0 - 290.0 | pass | HS-GC/FID |
| Isopropanol | 152.0 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| Methanol | <15 ppm | 0.0 - 3,000.0 | pass | HS-GC/FID |
| Pentanes | 115.0 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| Propane | <35 ppm | 0.0 - 5,000.0 | pass | HS-GC/FID |
| Toluene | 53.0 ppm | 0.0 - 890.0 | pass | HS-GC/FID |
| Xylene | 69.0 ppm | 0.0 - 2,170.0 | pass | HS-GC/FID |

**QA Officer:** *Benjamin Hart*

Results only apply to the sample tested and we have no way of verifying it represents the lot.

- Exhibit D -



# Confidence Analytics
## Cannabis Analytics and Research Specialists
WSLCB License # 0003 | 14797 NE 95th St, Redmond, WA 98052 | (206) 743-8843 | info@conflabs.com
Certified For: Cannabinoids | Microbiologicals | Mycotoxins | Foreign Matter | Moisture | Terpenes | Residual Solvents | Pesticides
### Research and Development Certificate of Analysis

## Official Test Results for Laboratory Sample # 8091423

| | | | | | |
|---|---|---|---|---|---|
| **Origination:** | Mountain Hi | **UBI #:** | 601410496 | **Inventory #:** | 20210916RS001 |
| **Strain:** | Benzene Test | **License #:** | 412446 | **QA #:** | 20210916RS001 |
| **Type:** | Other | **Harvest Date:** | Unknown | | |
| **Address:** | 19417 63rd Ave Ne | **Date of Receipt:** | 2021-09-16 | **Approved By:** | N. Mosely, CEO |
| | Arlington, WA 98223 | **Date of Testing:** | 2021-09-16 | | S. Stevens, LDR |



## PASS/FAIL

| | |
|---|---|
| **Foreign Matter+Seeds** | *PASS* |
| **LossOnDrying(Moisture)** | NE |
| **Water Activity** | NE |
| **Microbiological** | NE |
| **Mycotoxins** | NE |
| **Pesticides** | NE |

## Shelf Stability

| | |
|---|---|
| **Loss-On-Drying** | NE |
| **Water Activity:** | NE |

## Chemical Profile (units in percent by weight)

CANNABINOIDS
NOT EXAMINED

CANNABINOIDS NOT EXAMINED

## Terpene Fingerprint (units in percent by weight)

TERPENES NOT EXAMINED

These testing results are certified by scientific examination of a single sample provided by the Producer/Processor. Confidence Analytics and its agents did not observe or participate in the sample selection process, and cannot confirm the authenticity of the sample or its representativeness of the associated lot/batch. The sample, as received, was homogenized before subsamples were drawn for specific analyses. This report is supplemental to any other reports with the same analytic sample number. Pass/Fail criteria are defined in WAC 314-55-102.

THCmax (a.k.a. Total THC) = d9-THC + ( THC-A * 0.877 )
CBDmax (a.k.a. Total CBD) = CBD + ( CBD-A * 0.877 )
Total Cannabinoid is a raw sum of all measured cannabinoids
In Traceability, Total Cannabinoid is a sum of THCmax and CBDmax
Figures may differ slightly from traceability due to rounding

ND = Not Detected
NE = Not Examined
Unk = Unknown

Analytical Methods Used
Cannabinoids: HPLC-UV
Microbial: Plate Counting
Terpenes: HS-GC-FID
Solvents: HS-GC-MS

Trace Residue: UHPLC-MSMS
Water Activity: HYGROMER®

**Page 1 of 2**






# Confidence Analytics
### Cannabis Analytics and Research Specialists
WSLCB License # 0003 | 14797 NE 95th St, Redmond, WA 98052 | (206) 743-8843 | info@conflabs.com
Certified For: Cannabinoids | Microbiologicals | Mycotoxins | Foreign Matter | Moisture | Terpenes | Residual Solvents | Pesticides
### Research and Development Certificate of Analysis

## Official Test Results for Laboratory Sample # 8091423

| | | |
|---|---|---|
| **Origination:** Mountain Hi | **UBI #:** 601410496 | **Inventory #:** 20210916RS001 |
| **Strain:** Benzene Test | **License #:** 412446 | **QA #:** 20210916RS001 |
| **Type:** Other | **Harvest Date:** Unknown | |
| **Address:** 19417 63rd Ave Ne | **Date of Receipt:** 2021-09-16 | **Approved By:** N. Mosely, CEO |
| Arlington, WA 98223 | **Date of Testing:** 2021-09-16 | S. Stevens, LDR |



## Quantitative Impurities Report

Concentrations of analytes used to determine pass/fail status of individual tests.

\* Greater than lower limit of detection (>LLOD) and less than lower limit of quantification (<LLOQ) . Applies to instances when the analyte has been detected and positively identified, but the concentration is lower than we can accurately quantify. Literally: signal to noise ratio greater than 3 and signal less than calibration. LLOD is ~0.001 ppm for most analytes, LLOQ is ~0.01 for most analytes. Number shown is lower end of calibration (LLOQ).

\*\* Greater than upper limit of quantification (>ULOQ). Applies to instances when the analyte concentration in the sample is greater than we can accurately measure without additional testing. Number shown is upper end of calibration (ULOQ).

## Findings

### ALKANES

| Analyte | Concentration | Action Level |
|---|---|---|
| Hexane | *120 ppm* | 290 ppm |
| Cyclohexane | *71 ppm* | 3880 ppm |
| Butane | *230 ppm* | 5000 ppm |
| Pentane | *79 ppm* | 5000 ppm |
| Heptane | *49 ppm* | 5000 ppm |
| Propane | < RL | 5000 ppm |

*Reporting Limit (RL) = 10 ppm*

### ALLOWED INGREDIENTS

| Analyte | Concentration |
|---|---|
| Ethanol | < RL |

*Reporting Limit (RL) = 500 ppm*

MYCOTOXINS NOT EXAMINED

### IMPURITIES

| Analytes | Concentration | Action Level |
|---|---|---|
| Acetone | < RL | 5000 ppm |
| Benzene | *130 ppm* | 2 ppm |
| Chloroform | < RL | 2 ppm |
| Dichloromethane | < RL | 600 ppm |
| Ethyl_Acetate | < RL | 5000 ppm |
| Xylene | < RL | 2170 ppm |
| Isopropanol | < RL | 5000 ppm |
| Methanol | < RL | 3000 ppm |
| Toluene | < RL | 890 ppm |

*Reporting Limit (RL) = Half Action Level*

MICROBIOLOGICALS NOT EXAMINED

These testing results are certified by scientific examination of a single sample provided by the Producer/Processor. Confidence Analytics and its agents did not observe or participate in the sample selection process, and cannot confirm the authenticity of the sample or its representativeness of the associated lot/batch. The sample, as received, was homogenized before subsamples were drawn for specific analyses. This report is supplemental to any other reports with the same analytic sample number.

THCmax (a.k.a. Total THC) = d9-THC + ( THC-A * 0.877 )
CBDmax (a.k.a. Total CBD) = CBD + ( CBDA * 0.877 )
Total Cannabinoid is a raw sum of all measured cannabinoids
In Traceability, Total Cannabinoid is a sum of THCmax and CBDmax
Figures may differ slightly from traceability due to rounding

ND = Not Detected
NE = Not Examined
Unk = Unknown

Analytical Methods Used
Cannabinoids: HPLC-UV
Microbial: Plate Counting
Terpenes: HS-GC-FID
Solvents: HS-GC-MS

Trace Residue: UHPLC-MSMS
Water Activity:
HYGROMER®


