THE HONORABLE THOMAS S. ZILLY

UNITED STATE DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MOUNTAIN HI, LLC, a Washington Limited Liability Company, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>LINDE GAS & EQUIPMENT INC. d/b/a PRAXAIR DISTRIBUTION, INC., a Delaware corporation,<br><br>Defendant. | NO. 2:22-cv-01432-TSZ<br><br>**JOINT NOTICE OF SETTLEMENT AND STIPULATION OF DISMISSAL** |

TO THE CLERK:

PLEASE TAKE NOTICE THAT Plaintiff Mountain Hi, LLC and Defendant Linde Gas & Equipment Inc. d/b/a/ Praxair Distribution, Inc. jointly notify the Court that the Parties have reached an agreement to settle the claims and counterclaims between the parties to this lawsuit. Pursuant to Rule 41(a)(1)(A)(ii), the parties hereby stipulate that the case be dismissed with prejudice and without an award of fees or costs to either side.

//
//
//

JOINT NOTICE OF SETTLEMENT AND STIPULATION OF DISMISSAL - 1
Case No. 2:22-cv-01432-TSZ

Terrell Marshall Law Group PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1     RESPECTFULLY SUBMITTED AND DATED this 5th day of June, 2024.

| TERRELL MARSHALL LAW GROUP PLLC | WILSON ELSER MOSKOWITZ EDELMAN & DICKER |
|---|---|
| By: /s/Toby J. Marshall, WSBA #32726<br>Toby J. Marshall, WSBA #32726<br>Email: tmarshall@terrellmarshall.com<br>Elizabeth A. Adams, WSBA #49715<br>Email: eadams@terrellmarshall.com<br>936 North 34th Street, Suite 300<br>Seattle, Washington 98103<br>Telephone: (206) 816-6603<br>Facsimile: (206) 319-5450<br><br>*Attorneys for Plaintiff* | By: /s/ Ian A. Stewart, *Admitted Pro Hac Vice*<br>Ian A. Stewart, *Admitted Pro Hac Vice*<br>Email: ian.stewart@wilsonelser.com<br>555 South Flower Street, Suite 2900<br>Los Angeles, California 90071<br>Telephone: (213) 443-5100<br><br>Dirk J. Muse, WSBA #28911<br>Email: dirk.muse@wilsonelser.com<br>Hailey K. Delay, WSBA #54887<br>Email: hailey.delay@wilsonelser.com<br>WILSON ELSER MOSKOWITZ EDELMAN & DICKER<br>520 Pike Street, Suite 1515<br>Seattle, Washington 98101<br>Telephone: (206) 709-5900<br>Facsimile: (206) 709-5901<br><br>*Attorneys for Defendant* |

JOINT NOTICE OF SETTLEMENT AND STIPULATION OF DISMISSAL - 2
Case No. 2:22-cv-01432-TSZ

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com